## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MAGNUM HUNTER RESOURCES | ) | Case No. 15-12533 (KG) |
| CORPORATION, *et al.*,[1] | ) |  |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Magnum Hunter Resources Corporation ("MHRC") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 1007-1 and 1007-2 of the of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Magnum Hunter Resources Corporation (9278); Alpha Hunter Drilling, LLC (7505); Bakken Hunter Canada, Inc. (7777); Bakken Hunter, LLC (3862); Energy Hunter Securities, Inc. (9725); Hunter Aviation, LLC (8600); Hunter Real Estate, LLC (8073); Magnum Hunter Marketing, LLC (2527); Magnum Hunter Production, Inc. (7062); Magnum Hunter Resources GP, LLC (5887); Magnum Hunter Resources, LP (5958); Magnum Hunter Services, LLC (5725); NGAS Gathering, LLC (2054); NGAS Hunter, LLC (3737); PRC Williston LLC (1736); Shale Hunter, LLC (1952); Triad Holdings, LLC (8947); Triad Hunter, LLC (5830); Viking International Resources Co., Inc. (0097); and Williston Hunter ND, LLC (3798). The location of the Debtors' service address is:  909 Lake Carolyn Parkway, Suite 600, Irving, Texas 75039.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Joe Daches, the Debtors' Chief Financial Officer, has signed each of the Schedules and Statements. Mr. Daches is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Daches necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Daches has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

### Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation, or Debtor against which the Claim is asserted; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not

constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

For the avoidance of doubt, the Debtors' restructuring is predicated on the Bankruptcy Rule 9019 settlement that is included in and contemplated by the *Joint Chapter 11 Plan of Reorganization of Magnum Hunter Resources Corporation and its Debtor Affiliates* [Docket No. 212] (the "Plan"), the *Restructuring Support Agreement* (the "RSA"), which is attached as Exhibit B to the *Declaration of Gary C. Evans, Chairman and Chief Executive Officer of Magnum Hunter Resources Corporation, In Support of Chapter 11 Petitions and First Day Motions* [Docket No. 15], and the *DIP Financing Agreement* (the "DIP Financing Agreement"), which is attached as Exhibit 1 to the *Final Order (I) Authorizing the Debtors to Obtain Both Senior and Junior Secured Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Repayment of the Prepetition First Lien Facility in Full Pursuant to Section 363 of the Bankruptcy Code, (IV) Authorizing the Debtors to Use Cash Collateral, (V) Granting Adequate Protection to the Prepetition Secured Parties, (VI) Modifying the Automatic Stay, and (VII) Granting Related Relief* [Docket No. 264] (the "Final DIP Order"). Specifically, pursuant to sections 363 and 1123 of the Bankruptcy Code and Bankruptcy Rule 9019 and in consideration for the distributions and other benefits provided pursuant to the Plan, which distributions and other benefits shall be irrevocable and not subject to challenge upon the Effective Date, the provisions of the Plan shall constitute a good-faith compromise and settlement of all Claims, Interests (as defined in the Plan), and controversies relating to the contractual, legal, and subordination rights that a holder of a Claim or Interest may have with respect to any Allowed Claim or Allowed Interest (as such terms are defined in the Plan), or any distribution to be made on account of such Allowed Claim or Allowed Interest, including, but not limited to:

- the amount (if any) of the secured portion of the Second Lien Claims (as defined in the Plan), including the perfection, validity, effectiveness, and amount of any mortgages held by the Prepetition Second Lien Facility Agent (as defined in the Final DIP Order) evidencing the security interests (if any) granted by the Debtors to secure the Prepetition Second Lien Facility (as defined in the Final DIP Order); and

- the validity, priority, treatment, and amount of any intercompany transfers, including the intercompany transfers between MHRC and Triad Hunter, LLC.

Nothing in the Schedules or Statements is intended to, shall be construed as, or shall have

the effect of, modifying, changing, or otherwise affecting the Plan, the RSA, or the DIP Financing Agreement, or the settlements contained therein or contemplated thereby. To that end, and notwithstanding anything to the contrary contained herein or in the Schedules and Statements:

- The Debtors take no position with regard to, among other things, the amount, validity, priority, allowance, classification or characterization of any and all amounts which may be listed as owing between Debtors and Debtors, or between any Debtors and their non-Debtor affiliates.

- For purposes of the Plan, the RSA, and the DIP Financing Agreement, the Restructuring Support Parties (as defined in the Plan) agreed to certain distributions of equity in the Reorganized Debtors (as defined in the Plan) in exchange for DIP Facility Claims, Second Lien Claims, and Note Claims (each as defined in the Plan). The Schedules and Statements are subject to, in all respects, the provisions of the Plan, RSA, and Final DIP Order, and the inclusion, characterization, description, or any other reference to the Second Lien Claims and the Note Claims in these Schedules and Statements is subject in all respects to the Plan, the RSA, and the Final DIP Order.

2.  **Description of Cases and "As Of" Information Date**.  On December 15, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On December 16, 2015, the Bankruptcy Court entered the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 61]. On December 23, 2015 the United States Trustee for the District of Delaware filed the *Notice of Appointment of Committee of Unsecured Creditors* pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 128].

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the close of business on November 30, 2015, except as otherwise noted.

3.  **Net Book Value of Assets**.  Unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of November 30, 2015. The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation prepared in connection with the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Magnum Hunter Resources Corporation and its Debtor Affiliates* [Docket No. 213] (the "Disclosure Statement"). More information regarding the Debtors' valuation analysis can be found in Exhibit G to the Disclosure Statement. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

4

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets. Given the dramatic swing in the commodity prices over the past few months, this difference is material. As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

4.   **Recharacterization**. Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

5.   **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

6.   **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized (but not directed) the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis. Prepetition liabilities which have been paid postpetition or those which the Debtors plan to pay via this

authorization have been designated as either contingent or unliquidated in the Schedules and Statements.

7.  **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to:  (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.  **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.  **Executory Contracts**.  Although the Debtors made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.  **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Schedule E/F as "priority," (c) a Claim on Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

11.  **Claims Description**.  Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.  **Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without

6

limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

- Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

- Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Bankruptcy    Court.  Accordingly, certain outstanding liabilities that have been reduced by postpetition payments made on account of prepetition liabilities have been designated as either contingent or unliquidated. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

- Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15. **Intercompany Payables and Receivables**.  Intercompany payables and receivables between the Debtors are set forth on Schedule E/F or Schedule A/B.77, as applicable.

As described more fully in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief* [Docket No. 5] (the "Cash Management Motion"), MHRC maintains two concentration accounts, which serve as the Debtors' centralized main operating accounts to which excess revenues are swept from, and from which disbursements are made to, accounts at the various Debtors, as necessary.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

16.    **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business.

Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17.    **Employee Addresses**. Employee addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

18.    **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtors' Schedules

**Schedules Summary**. Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of November 30, 2015, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except

8

where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Schedule A/B.3**.  The bank account balances listed are as of the Petition Date.

**Schedule A/B.11**.  In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month. The timeframe to calculate a net proceed for a given production month requires the following steps:  (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to royalty owners.  These steps are necessarily accomplished over the span of 60 days following the end of a production month. Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

**Schedule A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all but one of their subsidiaries and affiliates, Eureka Hunter Holdings, LLC ("EHH").  The recent loss of the Debtors' controlling financial interest in EHH resulted in a measurement of the Debtors' retained interest in EHH at fair value and the commencement of use of the equity method of accounting. The carrying value of the Debtors' equity interest in EHH as of December 15, 2015 is reflected on Schedule A/B.15.  The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation prepared in connection with the Disclosure Statement.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets.  Given the dramatic swing in the commodity prices over the past few months, this difference is material.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

KE 39303873.12

**Schedule A/B.55**.  Certain of the instruments reflected on Schedule A/B.55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.55.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B.55 is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B.55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

**Schedule A/B.77**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

Schedule A/B.77, with respect to certain of the Debtors, lists an aggregate value of oil and natural gas properties held by the applicable Debtor.  Oil and gas properties are comprised of both proved and unproved properties.  Due to the voluminous nature of the numerous assets associated with these properties, including, but not limited to, leases, materials, and equipment, the Debtors have not provided an enumerated list of the individual assets, other than leases, which are set forth in Schedule A/B.55.

**Schedule D**.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

The claims of the Prepetition Second Lien Facility Secured Parties (as that term is defined in the Final DIP Order) are listed in this Schedule D as secured claims.  Subject to paragraph 35 of the Final DIP Order, if the entire override set forth in paragraph 35 therein is triggered or otherwise enforced, the status of the Prepetition Second Lien Facility Secured Parties' claims shall be treated in accordance therewith.  The Debtors and all other parties in interest reserve their rights with respect to paragraph 35 of the Final DIP Order and Schedule D.  For the avoidance of doubt, the statements in this paragraph are subject in all respects to the paragraph entitled "Reservation of Rights" at the beginning of the Global Notes (*i.e.*, Paragraph 1).

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts

10

would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

As more fully described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements and (II) Granting Related Relief* [Docket No. 8], the Debtors are the operators, often under joint operating or joint exploration agreements with other parties, for a number of oil and gas wells in which the Debtors also hold an interest. In connection with the daily operation of those wells, the Debtors incur numerous lease operating expenses for which the Debtors are then reimbursed by their partners for the partners' share of the expenses. Where the Debtors hold non-operating working interests in wells under various joint operating agreements, the Debtors reimburse the operators of those wells for the Debtors' share of the relevant operating costs, including production expenses, taxes, etc. The Debtors are authorized to make payments on account of the foregoing pursuant to the *Final Order (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements and (II) Granting Related Relief* [Docket No. 253], and such accrued and payable amounts are not reflected on the Schedules and Statements.

Pursuant to the *Second Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 262] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Wages Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

As described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 9], certain parties listed in Schedule E/F may assert liens against the Debtors' property. The Debtors reserve all rights with respect to the validity of such liens.

11

**Schedule G**.  Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule G.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality and non-compete agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H**.  Although there are multiple lenders under the Debtors' prepetition debt facilities, only the administrative agents have been listed on Schedule H.

### Specific Disclosures with Respect to the Debtors' Statements

**Statement 1**.  The gross revenue from business is listed through November 30, 2015, rather than through the Petition Date.

**Statement 2**.  For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates historically prepare consolidated financial statements.  Unlike those consolidated financial statements, Statement 2 reflects the non-business revenue of each Debtor on a nonconsolidated basis.  Accordingly, non-business revenue reported for individual Debtors may be shown in the Statements as revenue for that Debtor, whereas on a consolidated basis, may be shown as a net expense.

**Statement 3**.  In Statement 3, disbursements made on account of multiple invoices may be reflected as a single payment.

All disbursements listed in Statement 3 are made through the Debtors' cash management system. As described more fully in the Cash Management Motion, when a check issued by a Debtor is presented, money is "swept" to that Debtor's account from a Magnum Hunter Resources Corporation concentration account and then disbursed to the presenter of the check. The Debtors settle such disbursements funded by the concentration account through intercompany journal entries at the end of each month. Such disbursements are reflected in the applicable Debtor's Statement 3.

Statement 3 may include remittances to counterparties to the Debtors' oil and gas leases on account of such owners' share of revenue from the producing wells located on the respective property or lands pooled therewith pursuant to the terms of their oil and gas lease. The response may also include remittances of overriding royalties to the owners of those interests as well as the holders of non-participating royalty interests pursuant to applicable agreements. Such remittances do not represent property of the Debtors' estates. In addition, the Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts are not property of the Debtors' estates, but may be included in Statement 3.

**<u>Statement 4</u>**. Due to extensive business travel requirements and the remote locations of the Debtors' assets, the Debtors make corporate apartments and corporate vehicles available to certain key employees, including certain insiders. The amounts included in Statement 4 reflect (i) direct expense reimbursements related to corporate housing and vehicles and (ii) amounts deemed taxable by the company attributable to wages for corporate housing and vehicles.

For the same reason, the Debtors also own two corporate airplanes (a Cessna Mustang (the "<u>Mustang</u>") owned by non-Debtor 54NG, LLC and a Piaggio Aero Industries SPA P180 owned by MHRC). Occasionally, a third airplane owned by a company that is wholly-owned by Gary C. Evans, Chairman and Chief Executive Officer of MHRC, is used due to its ability to land on short runways in remote regions. The payments and transfers related to the airplanes include salary and expenses for three pilots employed by the Debtors, as well as expenses related to maintenance, storage, and fuel costs.

Certain expenses reflected solely as a transfer to Mr. Evans are business marketing and development expenses that the Debtors pay directly to vendors in the ordinary course of business, such as professional athletics season tickets and expenses related to board meetings.

The salary, severance, and health benefits reported for Glenn Dawson and Terry Schneider are provided in Canadian dollars.

Stock awards and certain benefits and bonuses that are paid in stock are denoted in the amounts of their tax value upon the date of vesting. Certain of the stock awards listed in Statement 4 were issued prior to the look-back period, but did not vest until the look-back period, while other stock awards were issued in 2015 and vested immediately. Certain additional employees received stock awards during the look-back period that do not vest until 2017 and are therefore not reflected in Statement 4.

Directors and officers listed as transferees in Statement 4 for MHRC may be (i) directors or officers of MHRC as well as directors or officers of other Debtors or non-Debtor affiliates, (ii) directors or officers of one or more Debtors or non-Debtor affiliates other than MHRC, or (iii) former directors or officers no longer employed by the Debtors.

**Statement 11**. All disbursements listed in Statement 11 were initiated and disbursed by MHRC, but were for the benefit of all Debtors.

The two payments made to PJT Partners LP on November 3, 2015 in the amount of $600,000 and November 30, 2015 in the amount of $100,000 were paid directly from the proceeds of the refinancing of the Prepetition First Lien Facility and were not direct disbursements from the Debtors.

Prior and leading up to the Petition Date, Alvarez & Marsal North America LLC's ("A&M") affiliate, Alvarez & Marsal Valuation Services, LLC ("A&M VS") provided certain valuation services to the Debtors pursuant to a separate engagement agreement between the Debtors and A&M VS. For full disclosure, A&M's payment summary references all payments made to A&M and A&M VS in the one year prior the filing.

**Statement 13**. The Debtors do not take any position with respect to whether transfers identified in the response to Question 13 in the Statements are made in the ordinary course of business. Certain transfers listed in this response are included solely out of an abundance of caution.

**Statement 21**. In connection with their oil and gas assets, the Debtors are obligated, pursuant to their oil and gas leases and other agreements, to remit to counterparties to the oil and gas leases and, potentially, other parties their share of revenue from the producing wells located on the respective properties pursuant to the terms of their oil and gas lease. In addition, overriding royalties must be remitted to the owners of those interests, and the holders of nonexecutive mineral interests, as well as the holders of nonparticipating royalty interests, must receive the proceeds due to them pursuant to the applicable agreement. The foregoing amounts were authorized to be paid under the emergency granted by the Court pursuant to the motions and applications filed on the Petition Date (the "First Day Orders"), are not property of the Debtors' estates, and are not included in Statement 21.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain

agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, are not property of the Debtors' estates, and are not included in Statement 21.

The Debtor jointly owns certain surplus inventory that was originally obtained on behalf of the applicable joint interest owner for the drilling, maintenance or operation of an oil and gas property. If these materials are ultimately not needed at the subject property they may be stored as surplus inventory either at an oil and gas property site or a storage yard.

The Mustang used by MHRC and its employees is owned by a non-debtor, subsidiary holding company, 54NG, LLC.

**Statement 26d**. Certain of the Debtors are registrants with the Securities and Exchange Commission (the "SEC") and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances and are available publically through the Company's website.

**Statement 30**. Due to extensive business travel requirements and the remote locations of the Debtors' assets, the Debtors make corporate apartments and corporate vehicles available to certain key employees, including certain insiders. The amounts included in Statement 30 reflect (i) direct expense reimbursements related to corporate housing and vehicles and (ii) amounts deemed taxable by the company attributable to wages for corporate housing and vehicles.

For the same reason, the Debtors also own two corporate airplanes (a Cessna Mustang (the "Mustang") owned by non-Debtor 54NG, LLC and a Piaggio Aero Industries SPA P180 owned by MHRC). Occasionally, a third airplane owned by a company that is wholly-owned by Gary C. Evans, Chairman and Chief Executive Officer of MHRC, is used due to its ability to land on short runways in remote regions. The payments and transfers related to the airplanes include salary and expenses for three pilots employed by the Debtors, as well as expenses related to maintenance, storage, and fuel costs.

Certain expenses reflected solely as a transfer to Mr. Evans are business marketing and development expenses that the Debtors pay directly to vendors in the ordinary course of business, such as professional athletics season tickets and expenses related to board meetings.

The salary, severance, and health benefits reported for Glenn Dawson and Terry Schneider are provided in Canadian dollars.

Stock awards and certain benefits and bonuses that are paid in stock are denoted in the amounts of their tax value upon the date of vesting. Certain of the stock awards listed in Statement 30 were issued prior to the look-back period, but did not vest until the look-back period, while other stock awards were issued in 2015 and vested immediately. Certain additional employees received stock awards during the look-back period that do not vest until 2017 and are therefore not reflected in Statement 30.

Directors and officers listed as transferees in Statement 30 for MHRC may be (i) directors or officers of MHRC as well as directors or officers of other Debtors or non-Debtor affiliates, (ii) directors or officers of one or more Debtors or non-Debtor affiliates other than MHRC, or (iii) former directors or officers no longer employed by the Debtors.

**Statement 31**.  Certain Debtors or their predecessor entities may have submitted tax filings as part of a different consolidated tax group prior to their acquisition by the Debtors.  Such filings are not listed in Statement 31 as they do not relate to the Debtors.

[*Remainder of page intentionally left blank*]

16

**Fill in this information to identify the case:**

Debtor name    Viking International Resources Co., Inc.

United States Bankruptcy Court for the: _____    District of  Delaware
                                                                                    (State)

Case number (If known):    15-12551    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* .............................................................

   | $ | 0.00 |

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ..............................................................

   | $ | 100,620,223.92 |
   + undetermined amounts

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* .................................................................

   | $ | 100,620,223.92 |
   + undetermined amounts

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................

   | $ | 412,572,074.17 |
   + undetermined amounts

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F* ......................

   | $ | 0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................

   | + $ | 636,630,003.13 |
   + undetermined amounts

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b

   | $ | 1,049,202,077.30 |
   + undetermined amounts

---

Debtor Name:        Viking International Resources Co., Inc.                          Case Number:        15-12551

## Specific Disclosures with Respect to the Debtors' Schedules Summary

**Schedules Summary**.  Except as otherwise noted, the asset information provided herein represents the Debtors' data regarding their assets as of November 30, 2015, and the liability information provided herein represents the Debtors' data regarding their liabilities as of the close of business on the Petition Date.

For financial reporting purposes, the Debtors and certain of their non-Debtor affiliates ordinarily prepare consolidated financial statements.  Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

**Fill in this information to identify the case:**

Debtor name  Viking International Resources Co., Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):   15-12551 _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $_____ 0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. See attached rider  $_____ 4,676.00
   7.2. _____  $_____

Debtor   Viking International Resources Co., Inc.                    Case number *(if known)* 15-12551
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attached rider                                                           $            11,796.34

   8.2.                                                                               $

9. **Total of Part 2.**                                                              $            16,472.34

   Add lines 7 through 8. Copy the total to line 81.

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    See attached rider                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:     101,967.36     –     0.00     = ······➔     $            101,967.36
                                  face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:        -26,329.83     –     0.00     = ······➔     $            -26,329.83
                                  face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                               $            75,637.53

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    | | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. None                                                                       $            0.00

    14.2.                                                                            $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. See attached rider                     %                                   $            Undetermined

    15.2.                                         %                                   $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. None                                                                       $            0.00

    16.2.                                                                            $

17. **Total of Part 4**                                                              $            0.00

    Add lines 14 through 16. Copy the total to line 83.                              + undetermined amounts

---

Debtor    Viking International Resources Co., Inc.    Case number (*if known*)  15-12551
              Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Material & Supplies | None<br>MM / DD / YYYY | $          89,477.00 | Net Book Value | $          89,477.00 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $          0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Oil in Tanks | None<br>MM / DD / YYYY | $        126,806.77 | Net Book Value | $        126,806.77 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $          0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$          216,283.77

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    Viking International Resources Co., Inc.
          _____
          Name

Case number (if known)  15-12551

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| None | $_____ | _____ | $_____ 0.00 |
| 40. **Office fixtures** | | | |
| None | $_____ | _____ | $_____ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached rider | $_____ 3,333.43 | _____ | $_____ 3,333.43 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $_____ | _____ | $_____ 0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 3,333.43

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor     Viking International Resources Co., Inc.         Case number *(if known)*   15-12551
            Name

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See attached rider | $ 8,880.43 | | $ 8,880.43 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ 0.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached rider | $ 259,050.90 | | $ 259,050.90 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                 $   267,931.33

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor   Viking International Resources Co., Inc.                     Case number (if known)  15-12551
         Name

---

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No

    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

---

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No. Go to Part 11.

    ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $_____0.00

---

| | |
|---|---|
| Debtor __Viking International Resources Co., Inc.__<br>Name | Case number (*if known*) __15-12551_____ |

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ — _____ = ➔   $_____ 0.00
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____   Tax year _____   $_____ 0.00
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See attached rider _____   $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____   $_____ 0.00

Nature of claim _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____   $_____ 0.00

Nature of claim _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**

None _____   $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached rider _____   $_____ 100,040,565.52
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____ 100,040,565.52
+ undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Viking International Resources Co., Inc.                    Case number (*if known*)_____15-12551
          Name

---

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 16,472.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 75,637.53 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 <br> + undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 216,283.77 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 3,333.43 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 267,931.33 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 100,040,565.52 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 100,620,223.92 <br> + undetermined amounts | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ | $ 100,620,223.92 <br> + undetermined amounts

Debtor Name:  Viking International Resources Co., Inc.                    Case Number:   15-12551

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Revenue Deposit | Office of Natural Resources | $4,676.00 |
| | **TOTAL** | **$4,676.00** |

Debtor Name: Viking International Resources Co., Inc.                    Case Number:   15-12551

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Insurance | AON Risk Insurance | $11,796.34 |
|  | **TOTAL** | **$11,796.34** |

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:         15-12551

**Assets - Real and Personal Property**

**Part 3, Question 11 A/B:** Accounts Receivable

In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month. The timeframe to calculate a net proceed for a given production month requires the following steps:  (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to royalty owners.  These steps are necessarily accomplished over the span of 60 days following the end of a production month. Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

Debtor Name: Viking International Resources Co., Inc.                                    Case Number: 15-12551

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| VIRCO Pipeline of Ohio, LLC | 100 | N/A | Undetermined |
| VIRCO Pipeline of West Virginia, LLC | 100 | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member or partnership interests. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests of all but one of their subsidiaries and affiliates, EHH.  The recent loss of the Debtors' controlling financial interest in EHH resulted in a measurement of the Debtors' retained interest in EHH at fair value and the commencement of use of the equity method of accounting.  The carrying value of the Debtors' equity interest in EHH as of December 15, 2015 is reflected on Schedule A/B.15.  The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation prepared in connection with the Disclosure Statement.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the commodity price environment and may differ materially from the actual value and/or performance of the underlying assets.  Given the dramatic swing in the commodity prices over the past few months, this difference is material.  As such, the value listed in these Schedules and Statements cannot be, and was not, used to determine the Debtors' enterprise valuation.

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| OGSYS - upgrade added 2 users | $8,000.00 | $4,666.57 | $3,333.43 | Net Book Value | $3,333.43 |
| | | | | TOTAL | $3,333.43 |

Debtor Name:          Viking International Resources Co., Inc.                          Case Number:          15-12551

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2003 CARRY ON TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2004 CARRY-ON TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| CARRY-ON TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1964 FRUEHOFF TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2005 CARRY-ALL TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| TOTEM-ALL TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| CARRY-ON TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2010 UTILITY TRAILER CARY-ON | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| TRT TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2008 QUALITY TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1968 KAI 6X6 | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1988 INTERNATIONAL SEMI | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1980 INTERNATIONAL COOPER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1984 INTERNATIONAL | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1977 LUFKIN FLOAT | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1985 FRUEHAUF TRAILER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2000 VIKING 40' TRAILER | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| 1990 INTERNATIONAL WILSON JR. | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1996 FORD F350 STEAMER | $1,000.00 | $1,000.00 | $0.00 | Net Book Value | $0.00 |
| 2007 CHEVY 1500 | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| 2000 TUNDRA | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| 2007 GMC 2500 | $5,500.00 | $5,500.00 | $0.00 | Net Book Value | $0.00 |
| 2005 FORD F-250 | $3,500.00 | $3,500.00 | $0.00 | Net Book Value | $0.00 |
| 2003 FORD F-250 | $1,500.00 | $1,500.00 | $0.00 | Net Book Value | $0.00 |
| 2004 FORD F-250 | $2,000.00 | $2,000.00 | $0.00 | Net Book Value | $0.00 |
| 2008 CHEVY SILVERADO | $10,000.00 | $10,000.00 | $0.00 | Net Book Value | $0.00 |
| 2007 CHEVY HD3500 | $7,500.00 | $7,500.00 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2005 FORD F-150 | $3,500.00 | $3,500.00 | $0.00 | Net Book Value | $0.00 |
| 2008 FORD F-250 | $12,000.00 | $12,000.00 | $0.00 | Net Book Value | $0.00 |
| 2006 FORD F-250 | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| 2007 TUNDRA | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| 2006 FORD F-350 | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| 2005 FORD F-250 | $3,500.00 | $3,500.00 | $0.00 | Net Book Value | $0.00 |
| 1994 FORD LTLS 9000 CARDWELL | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1992 INTERNATIONAL 4800 SKIPCO | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1995 FREIGHTLINER FLD120 SEMI | $2,500.00 | $2,500.00 | $0.00 | Net Book Value | $0.00 |
| 2006 FORD F-350 | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| 2007 CHEVY TAHOE | $8,500.00 | $8,500.00 | $0.00 | Net Book Value | $0.00 |
| 2008 DODGE 2500 | $12,000.00 | $12,000.00 | $0.00 | Net Book Value | $0.00 |
| 2006 AZTEC 40' FLOAT | $3,500.00 | $3,500.00 | $0.00 | Net Book Value | $0.00 |
| 1993 INTERNATIONAL | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1997 KENWORTH T-800 WILSON | $3,000.00 | $3,000.00 | $0.00 | Net Book Value | $0.00 |
| 1994 FORD LTLS | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1999 STERLING LT8513 | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| 1993 FORD LT8000 | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1992 INTERNATIONAL 5000 TANKER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1994 KENWORTH TANKER | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1999 MACK TANKER | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| 1995 MACK TANKER | $2,500.00 | $2,500.00 | $0.00 | Net Book Value | $0.00 |
| 2005 HONDA 350 RANCHER | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| 2002 HONDA TRX350 | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2001 KAWASAKI KLF300 | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 2005 HONDA 350 RANCHER | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| 2005 HONDA 350 RANCHER | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| 2008 HONDA TRX420 | $3,000.00 | $3,000.00 | $0.00 | Net Book Value | $0.00 |

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 2008 HONDA TRX500 | $3,750.00 | $3,750.00 | $0.00 | Net Book Value | $0.00 |
| 2008 HONDA TRX500 | $3,750.00 | $3,750.00 | $0.00 | Net Book Value | $0.00 |
| 2009 HONDA TRX500 | $4,000.00 | $4,000.00 | $0.00 | Net Book Value | $0.00 |
| 2012 HONDA TRX500 | $5,500.00 | $3,300.00 | $2,200.00 | Net Book Value | $2,200.00 |
| 2006 POLARIS RANGER | $1,500.00 | $1,500.00 | $0.00 | Net Book Value | $0.00 |
| 2006 POLARIS RANGER | $1,500.00 | $1,500.00 | $0.00 | Net Book Value | $0.00 |
| 2000 HONDA FOREMAN | $13,492.72 | $7,421.00 | $6,071.72 | Net Book Value | $6,071.72 |
| 2013 BUSHTEC TRAILER 6x12 BLK | $1,404.93 | $796.23 | $608.71 | Net Book Value | $608.71 |
|  |  |  |  | TOTAL | $8,880.43 |

Debtor Name:    Viking International Resources Co., Inc.                                                Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| AMERICAN HAULER ARROW 6x10 | $2,669.65 | $2,002.24 | $667.41 | Net Book Value | $667.41 |
| 1993 J.D. 310D BACKHOE | $7,500.00 | $7,500.00 | $0.00 | Net Book Value | $0.00 |
| 1995 650G J.D. DOZER | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| 2000 J.D. 160 EXCAVATOR | $30,000.00 | $30,000.00 | $0.00 | Net Book Value | $0.00 |
| 2000 650-H JD DOZER | $20,000.00 | $20,000.00 | $0.00 | Net Book Value | $0.00 |
| 2004 J.D. 650H DOZER | $34,000.00 | $34,000.00 | $0.00 | Net Book Value | $0.00 |
| 2005 J.D. 160CL EXCAVATOR | $55,000.00 | $55,000.00 | $0.00 | Net Book Value | $0.00 |
| 2005 JD 5302 TRACTOR | $10,000.00 | $10,000.00 | $0.00 | Net Book Value | $0.00 |
| 2007 CASE CX210C EXCAVATOR | $65,000.00 | $39,000.00 | $26,000.00 | Net Book Value | $26,000.00 |
| 2008 JD LOADER 444J | $70,000.00 | $35,000.00 | $35,000.00 | Net Book Value | $35,000.00 |
| 2008 JD 750J DOZER | $175,000.00 | $87,500.00 | $87,500.00 | Net Book Value | $87,500.00 |
| 2008 JD 750J DOZER | $175,000.00 | $87,500.00 | $87,500.00 | Net Book Value | $87,500.00 |
| D-6 CATERPILLAR DOZER | $15,000.00 | $15,000.00 | $0.00 | Net Book Value | $0.00 |
| J.D. 310 D BACKHOE | $5,000.00 | $5,000.00 | $0.00 | Net Book Value | $0.00 |
| SKIPCO SINGLE DRUM SWAB RIG | $7,500.00 | $7,500.00 | $0.00 | Net Book Value | $0.00 |
| 650-H JD DOZER | $20,000.00 | $20,000.00 | $0.00 | Net Book Value | $0.00 |
| 1953 BUCYRUS SPUDDER RIG | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1994 FORD TRACTOR | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| 1978 MONON (BOX TRAILER) | $0.00 | $0.00 | $0.00 | Net Book Value | $0.00 |
| Compressors- Fully depreciated | $20,700.00 | $20,700.00 | $0.00 | Net Book Value | $0.00 |
| Sold entities Tab- Fully depreciated | $500.00 | $500.00 | $0.00 | Net Book Value | $0.00 |
| Pipeline ROW | $12,500.00 | $2,083.28 | $10,416.72 | Net Book Value | $10,416.72 |
| Pipeline ROW | $12,500.00 | $2,083.28 | $10,416.72 | Net Book Value | $10,416.72 |
| ROW ONE TIME: Lse ROW243BAY1 | $300.00 | $31.67 | $268.33 | Net Book Value | $268.33 |
| ROW ONE TIME: Lse ROW320BUT1 | $250.00 | $22.22 | $227.78 | Net Book Value | $227.78 |
| ROW ONE TIME: Lse ROW320BUT2 | $250.00 | $12.50 | $237.50 | Net Book Value | $237.50 |
| ROW ONE TIME: Lse ROW320BUT1 | $250.00 | $8.33 | $241.67 | Net Book Value | $241.67 |

Debtor Name:       Viking International Resources Co., Inc.                Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Delete one time ROW from depreciation pool - no lease term so these should not be amortized | | $-74.72 | $74.72 | Net Book Value | $74.72 |
| ROW ONE TIME: Lse ROW320BUT2 | $250.00 | $0.00 | $250.00 | Net Book Value | $250.00 |
| ROW ONE TIME: Lse ROW320BUT1 | $250.00 | | $250.00 | Net Book Value | $250.00 |
| Adjustment - immaterial variance - rounding error | | $-0.05 | $0.05 | Net Book Value | $0.05 |
| | | | | TOTAL | $259,050.90 |

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | **TOTAL** | **$0.00** |

Certain of the instruments reflected on Schedule A/B.55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.55.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B.55 is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B.55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor 3-H LUMBER - M. HASLEY, PRESIDENT<br>Vol 269, Pg. 555 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A G  & LENA P STRICKLER AND KATHLEEN & J B UNDERWOOD<br>Vol 60, Pg. 484 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A G & LENA P STRICKLER, AND KATHLEEN & J B UNDERWOOD, AND LONA L & C W HINTON, AND DELPHIA LAYFIELD & SAMUEL LAYFIELD, AND GRANT G A LEONARD, AND EFFIE & F W SMITH, AND MARVIA & M D KEITH, AND H S ROBINSON, GUARDIAN FOR RALPH & RUTH ELLEN ROBISON, AND J H & DORA LEONARD, AND ALMA & J E MCNEMAR<br>Vol 60, Pg. 489 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A G STRICKLER, LENA P STRICKLER, AND KATHLEEN & J B UNDERWOOD<br>Vol 61, Pg. 514 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A H AYERS HEIRS<br>Vol 99, Pg. 437 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A M  DOUGLASS<br>Vol 32, Pg. 451 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A O WILSON<br>Vol 2, Pg. 506 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor A W & J LEMON<br>Vol 18, Pg. 249 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ADAMS, JAMES M.  ET UX<br>Vol 111, Pg. 501 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ADAMS, JAMES M. AND CYNTHIA<br>Vol 111, Pg. 501 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ADDISON, JAMES R.<br>Vol 228, Pg. 374 - WASHINGTON/SALEM/FEAR | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ADKINS, ROAM C<br>Vol 220, Pg. 528 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ALCOCK, T. HEIRS<br>Vol 71, Pg. 560 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ALICE ATKINS<br>Vol 192, Pg. 617 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ALICE HUNT<br>Vol 193, Pg. 316 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ALLEN, WILLIAM B. & JANET C.<br>Vol 218, Pg. 529 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ALMA J DREY, WIDOW AND TOM G & LESSIE D STRICKLER , HIS WIFE, BLANCE STOOPS, WIDOW AND HATTIEMAE S & ROBERT S HARRIS HER HUSBAND<br>Vol 112, Pg. 605 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor AMANDA J SIMMONS AND OTHERS<br>Vol 24, Pg. 342 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor AMOS ROLLINS<br>Vol 191, Pg. 502 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor ANDERSON, CARLETON C. & RUTH V.<br>Vol 235, Pg. 110 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ANN GARBER VANDENBOSSCHE BANARD<br>Vol 420, Pg. 1934 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ANNA L & TIMOTHY G MACKEY<br>Vol 193, Pg. 515 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ANTILL, AUBREY<br>Vol 119, Pg. 602 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ARZA PRYOR, ET UX<br>Vol 247, Pg. 864 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ARZA PRYOR, ET UX<br>Vol 250, Pg. 126 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ARZA PRYOR, ET UX<br>Vol 250, Pg. 916 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ARZA R & RUTH PRYOR<br>Vol 245, Pg. 116 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ASSIGNOR: EDGEWOOD RESOURCES, INC.<br>Vol 280, Pg. 133 - /GRANDVIEW & SALEM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor AUGUSTINE M MIDDLETON<br>Vol 191, Pg. 185 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor B F & MARY NULL; A P & EVA NULL<br>Vol 33, Pg. 416 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor B F & RACHEL MOORE<br>Vol 66, Pg. 598 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BARNARD EUGENE CAIN<br>Vol 192, Pg. 430 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BARON KIDD, ET AL<br>Vol 171, Pg. 618 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BECKER, ELDON L. ET AL<br>Vol 272, Pg. 749 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BELVA HAUGHT<br>Vol 189, Pg. 196 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BERNARD N & JANIS A MARTIN<br>Vol 252, Pg. 18 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BERTIE HAUGH<br>Vol 192, Pg. 848 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BESSIE CRUMMETT<br>Vol 192, Pg. 842 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BEST, JACOB<br>Vol 143, Pg. 489 - WASHINGTON/LIBERTY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BETTY JOHNSON WILSON<br>Vol 191, Pg. 316 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BEULAH & CHARLES CASTO<br>Vol 192, Pg. 440 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                              **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor BEULAH & CHARLES CASTO<br>Vol 192, Pg. 645 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BICKERSTAFF ETAL<br>Vol 25, Pg. 422 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BIEHL, HOMER & ESTHER<br>Vol 253, Pg. 300 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BIEHL, HOMER L. & ESTHER R.<br>Vol 253, Pg. 297 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BIEHL, HOMER L. & ESTHER R.<br>Vol 253, Pg. 297 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BLANCHE M GARRETT<br>Vol 186, Pg. 222 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BOB WALDECK, ET AL<br>Vol 181, Pg. 724 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BONG SOON BECKNER<br>Vol 192, Pg. 474 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BONG SOON BECKNER<br>Vol 192, Pg. 641 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BOSWELL, ANNA M. ETAL<br>Vol 122, Pg. 488 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BOSWELL, MILDRED J.<br>Vol 217, Pg. 662 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BRAUN, JOHN  ET AL<br>Vol 71, Pg. 506 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BURKHART, WILLIAM H. & NORMA J.<br>Vol 216, Pg. 678 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BURKHART, WILLIAM H. & NORMA J.<br>Vol 216, Pg. 678 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BURKHART, WILLIAM J.  ET AL<br>Vol 251, Pg. 340 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor BURL LAYFIELD, ET UX<br>Vol 181, Pg. 722 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C A JANES, SR.<br>Vol 122, Pg. 65 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C E & ALLIE SIMMONS<br>Vol 24, Pg. 371 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C L HARDEN, ET UX<br>Vol 13, Pg. 478 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C L OVERTON<br>Vol 117, Pg. 687 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C W COSTILOW, ETAL<br>Vol 114, Pg. 290 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C.D TICE E.T UX<br>Vol 125, Pg. 82 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                           Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor C.D TICE E.T UX<br>Vol 125, Pg. 82 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor C.D TICE E.T UX<br>Vol 125, Pg. 82 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CADY, GEORGE W., ETAL<br>Vol 227, Pg. 514 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL & JO SIMMONS<br>Vol 191, Pg. 788 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL D & MARGARET BELL<br>Vol 163, Pg. 441 - WIRT/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL E & IMOGENE PIATT<br>Vol 114, Pg. 456 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL E & IMOGENE PIATT<br>Vol 114, Pg. 456 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL E & IMOGENE PIATT<br>Vol 114, Pg. 458 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL E & IMOGENE PIATT<br>Vol 114, Pg. 458 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL P & HELEN A DRAKE<br>Vol 127, Pg. 564 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL P & HELEN A DRAKE<br>Vol 127, Pg. 566 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL P & HELEN A DRAKE<br>Vol 252, Pg. 769 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARL P AND HELEN A DRAKE<br>Vol 127, Pg. 568 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CARLE, JOHN A.<br>Vol 125, Pg. 458 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CAROLINE MACDONALD PRYOR<br>Vol 462, Pg. 1847-1848 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CATHERINE GARBER & S J KOONCE<br>Vol 420, Pg. 1943 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHARLES C ROGERS, ET UX.<br>Vol 163, Pg. 566 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHARLES H & SARA S COOK<br>Vol 449, Pg. 2247 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHARLES J & LOIS C THOMAS<br>Vol 231, Pg. 761 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHARLES MEREDITH MCHENRY<br>Vol 193, Pg. 221 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHAUNCEY V & JUNE R MOBBERLY<br>Vol 127, Pg. 242 - MONROE/BETHEL | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CHAUNCEY V & JUNE R MOBBERLY<br>Vol 127, Pg. 242 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor CHRISTINE E MICHAELS<br>Vol 252, Pg. 701 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFFORD & OPAL RING<br>Vol 115, Pg. 382 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFFORD & OPAL RING<br>Vol 115, Pg. 382 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFFORD A AND INA L CHANEY<br>Vol 240, Pg. 898 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFTON & ERMA J VALENTINE<br>Vol 143, Pg. 707 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFTON & ERMA VALENTINE<br>Vol 139, Pg. 135 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLIFTON VALENTINE<br>Vol 143, Pg. 594 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLINTON E & TWILA M DYE<br>Vol 127, Pg. 735 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CLYDE E & HAZEL R SMITH<br>Vol 189, Pg. 198 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor COL. DAVID A & RENATE BECKNER<br>Vol 192, Pg. 619 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CORA L PETERSON<br>Vol 191, Pg. 94 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor CORA L PETERSON<br>Vol 191, Pg. 96 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor D C & SARAH T PEW<br>Vol 3, Pg. 536 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor D JUANITA PARKER, WIDOW AND  MAXINE H & SPENCER EVANS<br>Vol 135, Pg. 397 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor D M SLEATH<br>Vol 32, Pg. 460 - RITCHIE/CAIRO CORP | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor D WEAVER<br>Vol 2, Pg. 213 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DALE E & NORMA JEAN, GERKEN<br>Vol 418, Pg. 1643 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DALE E AND MARJORIE L BUTLER<br>Vol 222, Pg. 603 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DALE E AND MARJORIE L BUTLER<br>Vol 222, Pg. 603 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DALE R BEAVER, DOROTHY JEAN BEAVER, AND DALE R BEAVER AS GUARDIAN OF KATHY JO BEAVER<br>Vol 273, Pg. 699 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DANIEL GLEN LAYFIELD<br>Vol 182, Pg. 373 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor DANNY W & JANET L THOMPSON<br>Vol 256, Pg. 685 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DANNY W & JANET L THOMPSON<br>Vol 256, Pg. 685 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DARLIE WELCH CRUMMETT<br>Vol 192, Pg. 866 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DAVID C & SUSAN L JOHNSON<br>Vol 191, Pg. 298 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DAVID G & CAROLE HANLON<br>Vol 192, Pg. 822 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DAVID W. PRYOR<br>Vol 462, Pg. 910-911 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DECKER, DEAN P. & EVELYN<br>Vol 217, Pg. 285 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DECKER, J & M<br>Vol 112, Pg. 519 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENNIS & LAVERNE JOHNSON<br>Vol 191, Pg. 428 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENNIS E & ELIZABETH R MORRIS<br>Vol 138, Pg. 151 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENNIS, RICHARD G.  ET AL<br>Vol 218, Pg. 484 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENVER & VIOLET M FERGUSON<br>Vol 192, Pg. 844 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENZEL RINARD<br>Vol 433, Pg. 1553 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DENZEL RINARD<br>Vol 433, Pg. 1553 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DEWEY D & MARY A SIMMONS<br>Vol 189, Pg. 667 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DEWEY P MOYERS<br>Vol 192, Pg. 454 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DILLON, MARJORIE D.  ET AL<br>Vol 224, Pg. 625 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DOIL WESTFALL<br>Vol 192, Pg. 868 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DONALD G FARSON, ET UX.<br>Vol 148, Pg. 511 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DONALD PETTY<br>Vol 149, Pg. 19 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DONNA BECKNER<br>Vol 192, Pg. 414 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DONNA BECKNER<br>Vol 192, Pg. 422 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor DORA & JOHN HARVEY<br>Vol 192, Pg. 795 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DORIS LORENE SWAIN<br>Vol 191, Pg. 314 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DOROTHY AILES<br>Vol 238, Pg. 866 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DOROTHY M STEPHAN<br>Vol 276, Pg. 536 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DOUGLAS & MARION ROLLINS<br>Vol 191, Pg. 500 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DUANE T & LOUISE A REA<br>Vol 111, Pg. 560 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DUANE T & LOUISE A REA<br>Vol 111, Pg. 560 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DUANE T & LOUISE A REA<br>Vol 111, Pg. 560 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor DUANE T & LOUISE A REA<br>Vol 111, Pg. 560 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor E CAROL STOUT, ET AL<br>Vol 182, Pg. 375 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor E J ANDERSON III<br>Vol 223, Pg. 587 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EARL AND THELMA HENSEL<br>Vol 133, Pg. 475 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDDY, LESLIE S. & KAREN L.<br>Vol 222, Pg. 381 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDNA C & R W NEWMAN<br>Vol 192, Pg. 961 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDNA GARRETT<br>Vol 186, Pg. 226 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDWARD G & LAMYRA RINARD<br>Vol 232, Pg. 661 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDWARD G & LAMYRA RINARD<br>Vol 232, Pg. 661 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDWARD L KYLE, ET UX<br>Vol 181, Pg. 720 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EDWARD RAMSEY<br>Vol 117, Pg. 276 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EFFIE EDGAR, ETAL'S<br>Vol 231, Pg. 148 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EFFIE EDGAR, ETAL'S<br>Vol 251, Pg. 592 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EILEEN G & HOWARD J LEHMAN<br>Vol 186, Pg. 232 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                      **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor ELEANOR BOGGESS & WILEY C QUICK<br>Vol 192, Pg. 864 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELEANOR HUGHES, ET VIR<br>Vol 144, Pg. 150 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELEANOR W HAUPTFLEISCH<br>Vol 144, Pg. 171 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELIJAH E & HAZEL BARKER, AND HAZEL CUMMINS<br>Vol 124, Pg. 170 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELIZABETH M MCGEE<br>Vol 192, Pg. 448 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELIZABETH PRYOR MACCLARY<br>Vol 462, Pg. 1074-1075 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELLA EDINGER, VAL JEAN EDINGER, CAROLYN MARLENE COSNER, AND FRANKLIN D COSNER<br>Vol 243, Pg. 328 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ELWIN L & LUCY WALLS<br>Vol 69, Pg. 926 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EMMA LOU & RODGER C DEMORY<br>Vol 113, Pg. 554 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ERNEST & FLORENCE B HILL<br>Vol 191, Pg. 176 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ERNEST M & JORETTA A WHEATON<br>Vol 220, Pg. 333 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EUGENE  SIMS, ET AL<br>Vol 187, Pg. 843 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EVELYN G & CLELL WILT<br>Vol 191, Pg. 318 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor EVERETT R & MARGARET EDDY<br>Vol 192, Pg. 802 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor F A  & MARIA DEEM<br>Vol 112, Pg. 348 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor F L & DAISY MARCH<br>Vol 46, Pg. 39 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor F LEMON<br>Vol 41, Pg. 440 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor F P MARSHALL<br>Vol 8, Pg. 259 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor F PRIBBLE<br>Vol 5, Pg. 264 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FAYE M COWAN<br>Vol 188, Pg. 337 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FLORENCE DOLAN, SINGLE<br>Vol 129, Pg. 654 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**  

**Case Number: 15-12551**

**Assets - Real and Personal Property**
**Part 9, Question 55: Real Property**
**Oil and Gas Leases**

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor FLOYD & IRENE SIMMONS<br>Vol 191, Pg. 790 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FORREST & AUDREY STUMP<br>Vol 128, Pg. 845 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FOSTER, JAMES  ET AL<br>Vol 142, Pg. 148 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANCES N GARRETT<br>Vol 186, Pg. 228 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANCES O SELLS<br>Vol 192, Pg. 460 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANCES ORA & CHARLES FRANKLIN COWAN<br>Vol 193, Pg. 312 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANCIS W & LORA MAE COX<br>Vol 191, Pg. 494 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANK P BRAUN<br>Vol 84, Pg. 404 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FRANKLIN D BUEGEL AND NORMA BUEGEL<br>Vol 239, Pg. 117 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FREIDA CRUMMET KYER<br>Vol 192, Pg. 959 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FULMER HEIRS<br>Vol 223, Pg. 232 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor FURY ETAL<br>Vol 42, Pg. 145 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor G C & ELLA HART<br>Vol 94, Pg. 329 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor G W & M C BRADEN<br>Vol 18, Pg. 246 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GARY D. MCINTIRE<br>Vol 162, Pg. 247 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GENEVA ERCEL & FRANK SIMMONS<br>Vol 191, Pg. 312 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE & HELEN JANE SMITH, JR.<br>Vol 92, Pg. 194 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE D SHAPLEY, JR. & NANCY L SHAPLEY<br>Vol 239, Pg. 719 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE V & FANNIE J MOORE<br>Vol 116, Pg. 184 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE W & HAZLE MARIE MENDENHALL<br>Vol 197, Pg. 160 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE W & HAZLE MARIE MENDENHALL<br>Vol 197, Pg. 160 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GEORGE W & HAZLE MARIE MENDENHALL<br>Vol 197, Pg. 160 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                      **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor GEORGIA KNOWLTON AND WILBUR G SMITH<br>Vol 141, Pg. 23 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GERALD E COWAN<br>Vol 193, Pg. 277 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GERTRUDE & GEORGE F HOST<br>Vol 186, Pg. 234 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GERTRUDE ROBERTS<br>Vol 191, Pg. 187 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GLENN C HAUGH<br>Vol 192, Pg. 850 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GLENN W & MARTHA BECKNER MAZE<br>Vol 191, Pg. 822 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GLENN W & MARTHA BECKNER MAZE<br>Vol 191, Pg. 824 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GLENN W & MARTHA R MAZE<br>Vol 192, Pg. 446 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GLENN W & MARTHA R MAZE<br>Vol 192, Pg. 649 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GORDON & FLORENCE KIBBEE<br>Vol 244, Pg. 10 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GRACE BECKNER<br>Vol 192, Pg. 903 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GRIER, JOHN E.  ET AL<br>Vol 276, Pg. 992 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GUSSIE E & CHARLES HOWARD BOGGESS<br>Vol 192, Pg. 834 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor GYPSIE M GARRETT<br>Vol 186, Pg. 230 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor H J & ALICE KERNS, AND CAMERON KERNS, AND ELMIRA BUNNER<br>Vol 116, Pg. 184 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor H S WILSON<br>Vol 22, Pg. 459 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor H S WILSON<br>Vol 22, Pg. 461 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor H WILSON<br>Vol 114, Pg. 118 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HALL, CHARLES E. & PATRICIA A.<br>Vol 223, Pg. 128 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HALL, IDA MAY & LYCURGUS<br>Vol 68, Pg. 75 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HALL, IDA MAY & LYCURGUS<br>Vol 68, Pg. 75 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor HANNAH E SHRADER<br>Vol 22, Pg. 279 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HARLAN & MARY C BROADWATER<br>Vol 113, Pg. 556 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HARLAN & PATRICIA HUNT<br>Vol 192, Pg. 858 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HAROLD & MYRA LAVERDURE<br>Vol 128, Pg. 534 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HAROLD L & RUTH J HADLEY<br>Vol 435, Pg. 655 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HARRY BECKNER<br>Vol 192, Pg. 416 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HARRY BECKNER<br>Vol 192, Pg. 424 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HART, FRANK & BESSIE<br>Vol 213, Pg. 71 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HASLEY, ROGERL. & PATTY S.<br>Vol 224, Pg. 496 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HAUGHT, WILLIAM E. & NARCISSUS<br>Vol 108, Pg. 273 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HEIRS OF CECIL MILLS<br>Vol 288, Pg. 786 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HEIRS OF CECIL MILLS<br>Vol 288, Pg. 786 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN & KENNETH WATTERS<br>Vol 191, Pg. 796 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN FAYE HALL<br>Vol 381, Pg. 1337 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN H HUGHES<br>Vol 144, Pg. 164 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN LIDDLE<br>Vol 130, Pg. 342 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN LIDDLE<br>Vol 130, Pg. 342 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN LIDDLE<br>Vol 130, Pg. 342 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN LIGHT<br>Vol 119, Pg. 272 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN NORRIS<br>Vol 153, Pg. 56 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HELEN W LIGHT<br>Vol 186, Pg. 122 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HENDRICKSON, NORMAN E. & SHARON L.<br>Vol 251, Pg. 342 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**          **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor HENDRICKSON, NORMAN E. & SHARON L.<br>Vol 251, Pg. 342 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HENRIETTA GORDON<br>Vol 192, Pg. 846 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HERLAN, JOSEPH R.  ET AL<br>Vol 231, Pg. 476 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HOCKENBERRY, DALE E. & GEORGALEEN<br>Vol 253, Pg. 507 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HOCKENBERRY, FRED E.<br>Vol 227, Pg. 813 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HOMER & ERMA RAPER<br>Vol 131, Pg. 834 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HOWARD & FLORENCE V CLINE<br>Vol 116, Pg. 203 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor HUDKINS, WILLIAM H.  ET AL<br>Vol 122, Pg. 488 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor INEZ  CHARLES WINGROVE, ET AL., (J B FRANKLIN HEIRS)<br>Vol 196, Pg. 568 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor INGRAHAM, HARRY & MABEL<br>Vol 217, Pg. 890 - WASHINGTON/MTTA/NWPT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor IRA JACKSON<br>Vol 42, Pg. 491 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ISIDOR KAHN, ET AL<br>Vol 67, Pg. 314 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J B LEMON & A W LEMON<br>Vol 41, Pg. 438 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J B LEMON<br>Vol 41, Pg. 436 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J COYLE<br>Vol 44, Pg. 81 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J DAUGHERTY<br>Vol 36, Pg. 62 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J F LAMP<br>Vol 24, Pg. 401 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J HAGA<br>Vol 20, Pg. 191 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J HALL<br>Vol 20, Pg. 303 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J J & SALINDA LAYFIELD<br>Vol 25, Pg. 21 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J L & JESSIE WELCH<br>Vol 75, Pg. 219 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor J L HILL<br>Vol 40, Pg. 347 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J L MULLENAX<br>Vol 27, Pg. 370 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J LININGER<br>Vol 32, Pg. 320 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J LYONS<br>Vol 11, Pg. 209 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J M LEWIS<br>Vol 35, Pg. 121 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J MULLENAX<br>Vol 20, Pg. 450 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J O LINCH<br>Vol 19, Pg. 371 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J S & RHODA CLINE<br>Vol 197, Pg. 166 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J T HILL, ET UX<br>Vol 36, Pg. 374 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor J W MARSHALL, ET UX<br>Vol 8, Pg. 385 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JACK & BETTY FOWLER<br>Vol 148, Pg. 209 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JACK P BECKNER<br>Vol 193, Pg. 57 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JACKIE E BOGARD<br>Vol 192, Pg. 915 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JACOB HATFIELD<br>Vol 32, Pg. 450 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JACOB YOCKEY<br>Vol 2, Pg. 211 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & DORTHY LITTLETON AND MARY LITTLETON<br>Vol 127, Pg. 657 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & JANETTE SCOTT<br>Vol 144, Pg. 112 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & JANETTE SCOTT<br>Vol 144, Pg. 112 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & JANETTE SCOTT<br>Vol 144, Pg. 112 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & JANETTE SCOTT<br>Vol 144, Pg. 112 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES & JANETTE SCOTT<br>Vol 470, Pg. 1457 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor JAMES A HADLEY<br>Vol 435, Pg. 655 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES H & MILDRED J CAIN<br>Vol 192, Pg. 432 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES H DAVIDSON<br>Vol 3, Pg. 21 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES M & CATHERINE GARRETT COSTELL<br>Vol 186, Pg. 224 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES RIDGEWAY<br>Vol 242, Pg. 971 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES RIDGEWAY<br>Vol 242, Pg. 971 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES W &  ELAINE ELLIOTT<br>Vol 122, Pg. 545 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES W & GENEVA M ANDERSON<br>Vol 222, Pg. 746 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JAMES W ELLIOTT, ET UX.<br>Vol 122, Pg. 545 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JANICE & WILLIAM H HISSEM<br>Vol 191, Pg. 498 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JEAN & LEWIS BONA<br>Vol 192, Pg. 478 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JEAN & LEWIS BONA<br>Vol 192, Pg. 643 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JED ROLLINS<br>Vol 191, Pg. 504 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JEFF & PHYLLIS D ROLLINS<br>Vol 191, Pg. 506 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JEMIMA B & A F PUTNAM<br>Vol 20, Pg. 413 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JENNIFER & MARK HAUGH<br>Vol 191, Pg. 496 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JERRY A AND PAMELA A LAVOIE<br>Vol 74, Pg. 592 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JESSE ROLSTON<br>Vol 7, Pg. 291 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JILL & CAM COMPTON<br>Vol 191, Pg. 492 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JO ANNE & JOHN LEDDY<br>Vol 192, Pg. 480 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JO ANNE & JOHN LEDDY<br>Vol 192, Pg. 647 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JO ANNE & JOHN R LEDDY<br>Vol 191, Pg. 820 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                              **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor JOE L & EVA MAY LAMBERT<br>Vol 156, Pg. 388 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHN A & SHARON L EARLEY<br>Vol 126, Pg. 946 - MONROE/JACKSON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHN CARL & DEBORAH JOHNSON EDGEWORTH<br>Vol 191, Pg. 424 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHN F & LUCY B NICHOLS, JR.<br>Vol 191, Pg. 826 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHN M EDGAR, ET AL<br>Vol 218, Pg. 395 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHNSTON, N.P.  ET AL<br>Vol 206, Pg. 827 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOHNSTON, N.P. & HENDERSON OIL CO.<br>Vol 203, Pg. 183 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JONELL & WESLEY SELL AND GENEVA CLARK<br>Vol 186, Pg. 218 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOSEPH J MILLER & WINIFRED A HOFF<br>Vol 246, Pg. 533 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JOSEPH R SEMON & ELSIE M SEMON<br>Vol 231, Pg. 290 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JUDITH PHILLIPS, ET VIR<br>Vol 144, Pg. 157 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor JUNIOR & RUTH C RIDDLE AND HARLEY & ANNA MAE BLOUGH<br>Vol 115, Pg. 480 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KALEM, GEORGE & FRANCES<br>Vol 188, Pg. 443 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KALEM, GEORGE & FRANCES<br>Vol 188, Pg. 443 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KALEM, GEORGE & FRANCES<br>Vol 188, Pg. 443 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHERINE REESE HEIRS  ATTY-IN-FACT<br>Vol 249, Pg. 100 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHLEEN & J B UNDERWOOD AND MRS. P K WILCOX<br>Vol 65, Pg. 454 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHLEEN & JOHN D LANHAM, JR.<br>Vol 191, Pg. 302 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHRYN & GENE BOOTH<br>Vol 192, Pg. 428 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHRYN & GENE BOOTH<br>Vol 192, Pg. 637 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KATHRYN E & GENE M BOOTH<br>Vol 191, Pg. 818 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor KATHY JORDAN BELLIS<br>Vol 192, Pg. 909 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KENDALL, GERALD  ET AL<br>Vol 231, Pg. 146 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KEVIN L. KIRKBRIDE<br>Vol 414, Pg. 217 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KNOCH, CLYDE H. & FLORENCE L.<br>Vol 253, Pg. 658 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KNOCH, CLYDE H. & FLORENCE L.<br>Vol 259, Pg. 291 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KNOCH, CLYDE H. & FLORENCE L.<br>Vol 269, Pg. 709 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS MAR , INC.<br>Vol 245, Pg. 634 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 250, Pg. 381 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 252, Pg. 323 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 252, Pg. 327 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 252, Pg. 331 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 257, Pg. 660 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 257, Pg. 665 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 257, Pg. 670 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 263, Pg. 938 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KRIS-MAR, INC.<br>Vol 263, Pg. 943 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KUNTZ, CLARA & CHARLES<br>Vol 146, Pg. 528 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor KYLE D. ROSE<br>Vol 189, Pg. 732 - MONROE/SALEM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor L C ELDER<br>Vol 31, Pg. 265 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor L FELSENTHAL<br>Vol 27, Pg. 372 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor L HAYNES<br>Vol 89, Pg. 165 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor L PRINCE<br>Vol 32, Pg. 327 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor L TURNER<br>Vol 19, Pg. 284 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor L W DAVIS<br>Vol 125, Pg. 498 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LAFAYETTE MOSS<br>Vol 8, Pg. 390 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LANE, PAUL J. & WILMA K.<br>Vol 206, Pg. 271 - WASHINGTON/LWR/FER/NPT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LARRY K AND JUDY CHORPENING<br>Vol 222, Pg. 580 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LAURENCE & MARY MURIEL BARNHART<br>Vol 191, Pg. 294 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LAWRENCE E MCCLURE, JR.<br>Vol 149, Pg. 285 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEE ALLEN & LARINE BECKNER<br>Vol 192, Pg. 756 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEE, HAZEL E.<br>Vol 226, Pg. 911 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEE, JOSEPH P., SR/ & FLORENCE V.<br>Vol 221, Pg. 39 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LENNIE BYRL MILLER<br>Vol 191, Pg. 304 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LENORA SIMMONS<br>Vol 191, Pg. 792 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEO E & MARY E BOGGESS<br>Vol 192, Pg. 957 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LESTER & SADIE ELLEN MOORE<br>Vol 66, Pg. 462 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEWIS & MARY STEINOFF<br>Vol 125, Pg. 29 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEWIS E & ZELLA MARIE MOORE<br>Vol 230, Pg. 46 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEWIS E & ZELLA MARIE MOORE<br>Vol 230, Pg. 46 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LEWIS E & ZELLA MARIE MOORE<br>Vol 230, Pg. 46 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LILLIAN CLINE WEBER AND WOODROW &<br>IMOGENE CLINE<br>Vol 128, Pg. 826 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LOIS BANBURY EXEC FOR ESTATE OF GLADYS<br>RIDGEWAY<br>Vol 240, Pg. 629 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LOLA M CLARK<br>Vol 186, Pg. 339 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor LONG, RALPH L. & MARY K.<br>Vol 221, Pg. 217 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LORN E & ELVA P KNOWLTON<br>Vol 234, Pg. 167 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LOUIS & MILDRED J REED<br>Vol 113, Pg. 400 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LOUIS R., (AKA LEWIS MOORE) & WANDA L MOORE<br>Vol 246, Pg. 535 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LULA P HARNESS, ET AL.<br>Vol 148, Pg. 486 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor LURA B & GEORGE B MOOMAU<br>Vol 192, Pg. 452 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M C SWEENEY, ET UX<br>Vol 7, Pg. 105 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M D & MARY ANN LEAWAN<br>Vol 9, Pg. 210 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M E ELDER<br>Vol 27, Pg. 379 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M F & S E TETRICK, AND WILLIAM & EDITH NULL, AND E P & R J CHANCELLOR<br>Vol 21, Pg. 205 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M H BURKE<br>Vol 44, Pg. 548 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M LYONS<br>Vol 34, Pg. 580 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor M V SIMMONS<br>Vol 177, Pg. 118 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MAGNUM RESOURCES<br>Vol 248, Pg. 582 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MAGNUM RESOURCES<br>Vol 248, Pg. 582 - WASHINGTON/WARREN | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARGARET & EBER BARRINGER<br>Vol 192, Pg. 420 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARGARET C MENZIES<br>Vol 186, Pg. 236 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARGARET GALLAHER HEIRS<br>Vol 33, Pg. 92 - PLEASANTS/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARGARET JOAN MCCORMACK & FRANK D GORKA<br>Vol 233, Pg. 579 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARTHA J PRYOR<br>Vol 462, Pg. 1845-1846 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARTIN HALL<br>Vol 77, Pg. 225 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**　　　　　　　　　　　　　　**Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor MARTIN, JAMES<br>Vol 133, Pg. 151 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARTIN, M.E. & MYRTLE<br>Vol 143, Pg. 492 - WASHINGTON/LIBERTY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARVIN & INEZ EDDY<br>Vol 192, Pg. 799 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY C & WILLIAM J KYLE, JR., ET AL<br>Vol 91, Pg. 444 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY C HILL<br>Vol 186, Pg. 276 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY E ELLIOTT<br>Vol 27, Pg. 376 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY ELLEN & JOHN J SALISBURY<br>Vol 192, Pg. 458 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY H KEITH, ET AL., (HEIRS OF MARTHA E RAWSON, DECEASED)<br>Vol 149, Pg. 311 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY HAUGH & HENRY C BYRD<br>Vol 192, Pg. 836 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY KATHRYN GOLDIN, AGENT AND OTHERS<br>Vol 119, Pg. 197 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY LIPARI<br>Vol 192, Pg. 444 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY LOU COWAN NICHOLS<br>Vol 192, Pg. 862 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY MOTZ<br>Vol 241, Pg. 127 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MARY SIMMONS<br>Vol 20, Pg. 477 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MATHENY, SARAH JANE<br>Vol 224, Pg. 643 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MAYME GOLDIN<br>Vol 119, Pg. 204 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MC KAY, DARRELL F. & MARIE E.<br>Vol 218, Pg. 531 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MCBRIDE, F.J.<br>Vol 128, Pg. 284 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MCDERMOTT, THOMAS F. & GERALDINE V.<br>Vol 224, Pg. 631 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MELVINA B. & MERLE BRADFIELD<br>Vol 139, Pg. 167 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MELVINA BRADFIELD TRUST MELVINA BRADFORD TRES.<br>Vol 162, Pg. 243 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor MERLE & BERYL CISLER AND KENNETH & ELIZABETH FOX<br>Vol 231, Pg. 246 - WASHINGTON/GRAND/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MICHAEL CHARLES CAIN<br>Vol 192, Pg. 434 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MICHAEL MCGUIRE<br>Vol 5, Pg. 259 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MICHAEL S & BARBARA KAY JOHNSON HOLLAND<br>Vol 191, Pg. 296 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MILBURN E ANDERSON, FLORENCE M ANDERSON, LLOYD E STIERNBERG, CHRISTINE E STIERNBERG, CLAUDE E CARTER, DANNIE CARTER, JACK SKAGGS, ROLLINS M KOPPEL, AND AMALIE L KOPPEL<br>Vol 112, Pg. 375 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MILDRED CRUMMETT<br>Vol 193, Pg. 314 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MILLER, G.F. ET UX<br>Vol 121, Pg. 420 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MILLER, HENRY<br>Vol 157, Pg. 591 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MIRIAM HAUGH<br>Vol 192, Pg. 852 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MITCHELL, KENNY E. & DAISY O.<br>Vol 255, Pg. 501 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MITCHELL, KENNY E. & DAISY O.<br>Vol 255, Pg. 501 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MORGANSTERN, LEWIS J. & CORINNE W.<br>Vol 217, Pg. 652 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MORGANSTERN, LEWIS J. & CORINNE W.<br>Vol 217, Pg. 652 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MOSSER, IDA<br>Vol 142, Pg. 139 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor MYRTLE CAIN<br>Vol 192, Pg. 436 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor N U & VIOLA MULLENAX<br>Vol 27, Pg. 369 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor N U MULLENAX<br>Vol 27, Pg. 377 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NATHANIEL HENDRICKS<br>Vol 130, Pg. 654 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NATHANIEL HENDRICKS<br>Vol 132, Pg. 25 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NEIL BRADLEY<br>Vol 26, Pg. 552 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                  **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor NELLIE H & MICHAEL P SHEARER, AND GEORGE W & FANNIE J MOORE, AND VIRGINIA  & J F STARR<br>Vol 113, Pg. 550 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NOAH JORDAN<br>Vol 40, Pg. 367 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORMAN D AND NINA B JOHNSON<br>Vol 69, Pg. 928 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORMAN D AND NINA BERYL JOHNSON<br>Vol 116, Pg. 205 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORMAN D AND NINA BERYL JOHNSON<br>Vol 116, Pg. 205 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORMAN D AND NINA BERYL JOHNSON<br>Vol 119, Pg. 603 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORMAN G RIDGEWAY  & HILDA E RIDGEWAY<br>Vol 279, Pg. 553 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor NORTH, FORREST P. & ELINER L.<br>Vol 218, Pg. 249 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor O C & BESS BECKNER<br>Vol 220, Pg. 796 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor OLIN MEREDITH MILLER<br>Vol 191, Pg. 306 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor OLLIE V SMOUSE<br>Vol 186, Pg. 267 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor OPAL HAUGH<br>Vol 192, Pg. 854 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORA M PRIBBLE<br>Vol 191, Pg. 310 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORA PRIBBLE, WIDOW AND DEWEY J & EDRA HANLON<br>Vol 124, Pg. 332 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORLTON KENSEL & ELLEN VIRGINIA CAIN<br>Vol 191, Pg. 86 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORMET CORPORATION<br>Vol 130, Pg. 752 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORMET CORPORATION<br>Vol 130, Pg. 752 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORMET CORPORATION<br>Vol 130, Pg. 752 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORMET CORPORATION<br>Vol 130, Pg. 752 - MONROE/OHIO | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ORPHA NICHOLS<br>Vol 143, Pg. 173 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor P G & NELLIE J SHEPPARD<br>Vol 184, Pg. 956 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor PATRICIA HAUGH CAVENDISH<br>Vol 192, Pg. 838 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PATSY DANNER & HORACE DANNER<br>Vol 119, Pg. 48 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PATTERSON, DAVID W. & BETTY L.<br>Vol 222, Pg. 568 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PATTERSON, WAYNE D. & ALBERTA L.<br>Vol 228, Pg. 640 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PAUL & SANDRA SIMMONS<br>Vol 191, Pg. 794 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PAUL M & BESSIE BECKNER<br>Vol 136, Pg. 566 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PAULINE & JAMES N MORTON<br>Vol 191, Pg. 308 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PAULINE SARVER<br>Vol 127, Pg. 873 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor PHOEBE J & MILLER I HILL<br>Vol 24, Pg. 237 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor R L COKELEY, ET AL<br>Vol 54, Pg. 232 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor R WANLESS<br>Vol 35, Pg. 385 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor R WANLESS<br>Vol 35, Pg. 385 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor R WANLESS<br>Vol 4, Pg. 232 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RACHEL & GEORGE SIX<br>Vol 3, Pg. 165 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RACHEL CARSON<br>Vol 235, Pg. 712 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RALPH M & LYNN K CARSON<br>Vol 238, Pg. 158 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RANDALL E & JANE E JOHNSON<br>Vol 191, Pg. 300 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RAYMOND & HELEN WHITLEY<br>Vol 404, Pg. 1317-1318 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RAYMOND EDDY<br>Vol 192, Pg. 797 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RAYMOND W AND ANNA W HENSEL<br>Vol 133, Pg. 191 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RECH, JOHN L. & JOAN<br>Vol 271, Pg. 914 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor REYNOLDS, MARION LEE & KATHRYN G.<br>Vol 269, Pg. 718 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor RHEA & GARY HILLBERRY<br>Vol 192, Pg. 780 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RHEA LEE & GARY HILLBERRY<br>Vol 192, Pg. 782 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD  WANLESS<br>Vol 4, Pg. 232 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD & CONSTANCE E BECKNER<br>Vol 192, Pg. 426 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD & CONSTANCE E BECKNER<br>Vol 192, Pg. 639 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD & PATRICIA RENKER<br>Vol 192, Pg. 418 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD & PATRICIA RENKER<br>Vol 192, Pg. 456 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD SEXTON & MONA SEXTON<br>Vol 134, Pg. 797 - MONROE/CENTER | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RICHARD W & VIRGINIA L SADOWSKI<br>Vol 113, Pg. 552 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RINARD, RALPH E. & VERNICE L.<br>Vol 239, Pg. 757 - WASHINGTON/WAR/MUSK | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 124, Pg. 988 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 124, Pg. 988 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 124, Pg. 988 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 248, Pg. 992 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 248, Pg. 992 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT & SUE PEAT<br>Vol 248, Pg. 992 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT CIFRANIC AND ANGELO TETORAKIS<br>Vol 436, Pg. 1070 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT L LAIRD<br>Vol 191, Pg. 784 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT M HARTLEBEN, ET UX.<br>Vol 156, Pg. 324 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT MATTINGLY, SR., ET UX.<br>Vol 154, Pg. 108 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT W & ADA J HARVEY<br>Vol 187, Pg. 862 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROBERT W CAIN<br>Vol 192, Pg. 438 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    Case Number: 15-12551

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor ROBERTA & GORDON PARSONS<br>Vol 191, Pg. 786 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RONALD EUGENE & ELIZABET ANN RICHARDS<br>Vol 138, Pg. 30 - RITCHIE/CLAY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RONDALL & HELEN HAUGH<br>Vol 192, Pg. 856 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROSANNA & C A STANLEY<br>Vol 26, Pg. 277 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROSCOE EDDY, ET AL<br>Vol 111, Pg. 58 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROSEMARY MILLS<br>Vol 192, Pg. 450 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ROY E & JUANITA MOORE<br>Vol 243, Pg. 474 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUBY & DENNIS FARLEY<br>Vol 191, Pg. 426 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH BROTHERS, LTD.<br>Vol OR313, Pg. 342 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. & PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. &PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. &PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. & PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. &PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. &PHYLLIS M.<br>Vol 250, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, RICHARD H. &PHYLLIS M.<br>Vol 255, Pg. 195 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT  ET AL<br>Vol 260, Pg. 544 - WASHINGTON/DUNHAM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT  ET AL<br>Vol 260, Pg. 544 - WASHINGTON/DUNHAM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                      **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, ROBERT L. & ESTHER C.<br>Vol 250, Pg. 193 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1521 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1521 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1526 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1531 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1536 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR318, Pg. 1536 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUDOLPH, VICTOR H. & KAREN W.<br>Vol OR322, Pg. 2036 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUSSELL & COMPANY<br>Vol 59, Pg. 590 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUSSELL & JEAN EDDY<br>Vol 192, Pg. 793 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUSSELL WILLIAM & ANGELA DAWN CASTO<br>Vol 427, Pg. 1524 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUTH V. LUBURGH<br>Vol 118, Pg. 107 - MONROE/PERRY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUTHERFORD ETAL<br>Vol 34, Pg. 147 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor RUTHERFORD, ET AL.<br>Vol 34, Pg. 147 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S DOTSON<br>Vol 55, Pg. 107 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S MCKINNEY<br>Vol 11, Pg. 356 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S.R., W.D., & C.H. WILLIAMSON<br>Vol 137, Pg. 533 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S.R., W.D., & C.H. WILLIAMSON<br>Vol 137, Pg. 533 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S.R., W.D., & C.H. WILLIAMSON<br>Vol 137, Pg. 533 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor S.R., W.D., & C.H. WILLIAMSON<br>Vol 137, Pg. 533 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                          **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor SAMUEL & ROSETTA MOATS<br>Vol 32, Pg. 455 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SAMUEL C PARKS<br>Vol 2, Pg. 502 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SAMUEL PARKS, ET UX<br>Vol 2, Pg. 502 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SARA CISLER AND N C CISLER<br>Vol 126, Pg. 263 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SARA CISLER AND N C CISLER<br>Vol 126, Pg. 263 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SARA J EDDY<br>Vol 192, Pg. 776 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SARAH MCKINNEY<br>Vol 11, Pg. 356 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SCHNEIDER, WILLARD G. & SALLY L.<br>Vol 223, Pg. 522 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SCHRAMM, WILLIAM & MARTHA<br>Vol 125, Pg. 68 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SEEVERS, ROBERT W. & MARY J.<br>Vol 224, Pg. 651 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SHARON JOHNSON TAYLOR<br>Vol 191, Pg. 320 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SHEILA PEARL & RONALD RAY LAYFIELD, JR.<br>Vol 242, Pg. 1093 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SHIRLEY ANN BECKNER, ET AL<br>Vol 192, Pg. 830 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SHIRLEY CHADOCK<br>Vol 192, Pg. 840 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SHORT, CAROLA GRABER<br>Vol 420, Pg. 1116 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SMITH, H.E. & HALDON<br>Vol 179, Pg. 570 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SMITH, WARREN<br>Vol 251, Pg. 235 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SMITH, WARREN<br>Vol 251, Pg. 235 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SNOW & CREED HENDRICKSON, ET AL<br>Vol 144, Pg. 618 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SPROUT, ROBERT L.<br>Vol 226, Pg. 841 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor STANLEY & ARLENE CLINE; EVA JEAN & HOMER<br>ANTILL; GARNET & CLINT SCHNEIDER<br>Vol 116, Pg. 919 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor STERLING JANES, ET UX.<br>Vol 149, Pg. 65 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor STINEHOFF, LEWIS & MARY<br>Vol 125, Pg. 29 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor STINEHOFF, LEWIS & MARY<br>Vol 125, Pg. 29 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor STRICKLER, GALE R. & MADELINE P.<br>Vol 222, Pg. 582 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor SUSIE BELLE FLAHERTY & WALTER SAMUEL FLAHERTY<br>Vol 239, Pg. 797 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor T DAVIS<br>Vol 9, Pg. 361 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor T K LAYFIELD<br>Vol 84, Pg. 557 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor T OVERTON<br>Vol 60, Pg. 29 - RITCHIE/MURPHY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor TAYLOR, ELMER E.  ET AL<br>Vol 221, Pg. 687 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor TAYLOR, ELMER E.  ET AL<br>Vol 221, Pg. 687 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor TAYLOR, ELMER E.  ET AL<br>Vol 221, Pg. 687 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor TAYLOR, KENNETH R. & DONNA<br>Vol 118, Pg. 223 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor TAYLOR, KENNETH R. & DONNA<br>Vol 118, Pg. 223 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THEOBALD, ROBERT W. & JANILA J.<br>Vol 223, Pg. 518 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THOMAS N & MAE HAMMETT<br>Vol 148, Pg. 554 - PLEASANTS/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THOMAS S & HELEN BECKNER<br>Vol 192, Pg. 476 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THOMAS, DELMAR E.  ET AL<br>Vol 227, Pg. 435 - WASHINGTON/NEWPORT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THOMAS, LEANDER<br>Vol 128, Pg. 562 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THREDA BOOHER<br>Vol 193, Pg. 219 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THURMAN L ENOCHS & LEORD M ENOCHS<br>Vol 232, Pg. 410 - WASHINGTON/LIBERTY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor THURMAN L ENOCHS & LEORD M ENOCHS<br>Vol 232, Pg. 410 - WASHINGTON/LUDLOW | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                       **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor TIMOTHY & JUDITH ANN CAIN FLESHER<br>Vol 192, Pg. 442 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ULLMAN, DONALD R.  ET AL<br>Vol 105, Pg. 378 - NOBLE/ELK | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ULLMAN, ROY R. & HAZEL<br>Vol 84, Pg. 50 - NOBLE/ELK | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor UNITED STATES  WAYNE NATIONAL FOREST<br>Vol 497, Pg. 511 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor UNITED STATES DEPARTMENT OF THE INTERIOR<br>Vol 386, Pg. 2709 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor UNITED STATES OF AMERICA<br>Vol 192, Pg. 805 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor UNITED STATES OF AMERICA<br>Vol 192, Pg. 821 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor URBAN WEBER & LAVONA WEBER<br>Vol 143, Pg. 897 - MONROE/CENTER & PERRY | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor V D & L TURNER<br>Vol 133, Pg. 643 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor V TURNER<br>Vol 53, Pg. 408 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VERDA P. FURBEE, POA FOR PRYOR HEIRS<br>Vol 272, Pg. 23 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VERNA M GARRETT<br>Vol 186, Pg. 265 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VERNIE MOATS KIGHT, ET AL<br>Vol 32, Pg. 444 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VIRGIL & GLENDA MICHAELS<br>Vol 232, Pg. 558 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VIRGIL & GLENDA MICHAELS<br>Vol 232, Pg. 558 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VIRGIL & GLENDA MICHAELS<br>Vol 287, Pg. 41 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VIRGIL C & INAZUE MORGENSTERN AND CAROL L<br>& JAMES A ATKINSON<br>Vol 251, Pg. 358 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor VIRGIL C & INAZUE MORGENSTERN AND CAROL L<br>& JAMES A ATKINSON<br>Vol 251, Pg. 358 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor W H MOORE<br>Vol 10, Pg. 495 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor W V WANLESS<br>Vol 2, Pg. 293 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WALLY ELIZABETH KELLEHER<br>Vol 192, Pg. 860 | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                    **Case Number: 15-12551**

Assets - Real and Personal Property
Part 9, Question 55: Real Property
Oil and Gas Leases

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor WALTER L & ANNA BELLE GARRETT WHITE<br>Vol 186, Pg. 220 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WARREN BROTHERS & SONS, INC.<br>Vol 258, Pg. 365 - WASHINGTON/SALEM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WESTBROOK, A.A.<br>Vol 136, Pg. 29 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WESTBROOK, P. & MARY<br>Vol 95, Pg. 442 - WASHINGTON/MARIETTA | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHEATON, ERNEST M. & JORETTA J.<br>Vol 220, Pg. 333 - WASHINGTON/LAWRENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHETSTONE, COY J.  ET AL<br>Vol 253, Pg. 688 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHITING, CRESTON F. ET AL<br>Vol 222, Pg. 596 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHITING, CRESTON F. ET AL<br>Vol 222, Pg. 596 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHITING, CRESTON F. ET AL<br>Vol 222, Pg. 596 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WHITING, CRESTON F. ET AL<br>Vol 222, Pg. 596 - WASHINGTON/MUSKINGUM | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILBUR GEORGE SMITH<br>Vol 26, Pg. 543 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILBUR GEORGE SMITH<br>Vol 26, Pg. 543 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILBUR GEORGE SMITH<br>Vol 26, Pg. 543 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILEY, WAYNE, & MRS WILFRED A HILL<br>Vol 116, Pg. 540 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILEY, WAYNE, & MRS WILFRED A HILL<br>Vol 116, Pg. 540 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLARD G. & SALLY L. SCHNEIDER<br>Vol 223, Pg. 522 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLARD G. & SALLY L. SCHNEIDER<br>Vol 223, Pg. 522 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM CHANCELLOR<br>Vol 294, Pg. 395 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM D HARMON<br>Vol 115, Pg. 214 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM D HARMON<br>Vol 115, Pg. 216 - MONROE/WASHINGTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM E & FLORA E TUTWILER AND ROBERT<br>AND PAULINE BLAND<br>Vol 252, Pg. 274 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |

**Debtor Name: Viking International Resources Co., Inc.**                                Case Number: 15-12551

**Assets - Real and Personal Property**
**Part 9, Question 55: Real Property**
**Oil and Gas Leases**

| Description and location of property | Debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Lease - Oil and Gas<br>Original Lessor WILLIAM E & FLORA E TUTWILER<br>Vol 252, Pg. 274 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM H & MABEL L SNIDER<br>Vol 220, Pg. 161 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM J JOHNSON<br>Vol 186, Pg. 341 | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM L HECK<br>Vol 20, Pg. 453 - RITCHIE/GRANT | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM R & DOROTHY L CLEGG<br>Vol 232, Pg. 741 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAM R CLEGG & DOROTHY L CLEGG<br>Vol 231, Pg. 711 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILLIAMS, RICHARD L.<br>Vol 267, Pg. 725 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor WILMA LAUFFER AND OTHERS<br>Vol 249, Pg. 136 - WASHINGTON/GRANDVIEW | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor YOST, JOHN W. & HELEN M.<br>Vol 238, Pg. 946 - WASHINGTON/INDEPENDENCE | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ZELDA M & HENRY FRY<br>Vol 124, Pg. 28 - MONROE/BENTON | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ZELENAK, TRUSTEE, ANDREW J.<br>Vol 88, Pg. 23 - NOBLE/ELK | Lease | Undetermined | N/A | Undetermined |
| Lease - Oil and Gas<br>Original Lessor ZIMMER, DEAN A. & RITA M.<br>Vol 223, Pg. 161 - WASHINGTON/FEARING | Lease | Undetermined | N/A | Undetermined |

Debtor Name: Viking International Resources Co., Inc.                          Case Number: 15-12551

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ACE American Insurance Company | Commercial Property | EPRN09172361 | Undetermined |
| Alterra American Insurance Company | Cargo | MAXA6IM0050341 | Undetermined |
| Aspen Specialty Insurance Company | Pollution | ERAEJMX15 | Undetermined |
| Continental Casualty Company | Primary D&O | 425122471 | Undetermined |
| Endurance American Insurance Company | Excess D&O ($10M X $20M) | DOX10005021500 | Undetermined |
| Freedom Specialty Insurance Company | Excess D&O ($10M X $40M) | XMF14011139 | Undetermined |
| Ironshore Specialty Insurance Company | Excess Liability ($15M X $35M) | 2459500 | Undetermined |
| Ironshore Specialty Insurance Company | Excess Liability ($25M p/o $50M X $50M) | 1736302 | Undetermined |
| Liberty Mutual Fire Insurance Company | Automobile Liability | AS2-641-444610-025 | Undetermined |
| Liberty Mutual Fire Insurance Company | Workers' Compensation | WC2-641-444610-015 | Undetermined |
| Liberty Mutual Insurance Europe Limited | General Liability | WE1500605 | Undetermined |
| Liberty Mutual Insurance Europe Limited | Umbrella | WE1500606 | Undetermined |
| Lloyd's Syndicate No. 1274 | Energy Package | ARS5229n | Undetermined |
| QBE Insurance Corporation | Excess D&O ($10M X $50M) | QPL0051987 | Undetermined |
| Selective Insurance Company of America | Flood | FLD1572466 | Undetermined |
| Selective Insurance Company of America | Flood | FLD1576867 | Undetermined |
| Starr Indemnity & Liability Company | Fiduciary Liability | SISIFNL20225015 | Undetermined |
| Starr Surplus Lines Insurance Company | Excess Liability ($25M p/o $50M X $50M) | 1000030131151 | Undetermined |
| Travelers Casualty & Surety Company of America | Employment Practices Liability | 106376064 | Undetermined |
| Travelers Casualty Ins Company of America | Excess D&O ($10M X $10M) | 105790767 | Undetermined |
| U.S. Specialty Insurance Company | Excess D&O ($10M X $30M) | 34MGU14A32076 | Undetermined |
| Westchester Surplus Lines Insurance Company | Excess Liability ($25M X $10M) | G27478694002 | Undetermined |
| Zurich American Insurance Company | Energy Package | ARS5229(a) | Undetermined |
| Zurich American Insurance Company | Trip Travel | UIC0176163-01 | Undetermined |
| | | **TOTAL** | **$0.00** |
| | | | **+ undetermined amounts** |

Debtor Name:        Viking International Resources Co., Inc.                    Case Number:        15-12551

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Intercompany Receivable - Alpha Hunter Drilling, LLC | $1,372.93 |
| Intercompany Receivable - Triad Hunter, LLC | $2,144,462.43 |
| Oil & natural gas properties | $97,894,730.16 |
| **TOTAL** | **$100,040,565.52** |

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

Schedule A/B.77, with respect to certain of the Debtors, lists an aggregate value of oil and natural gas properties held by the applicable Debtor.  Oil and gas properties are comprised of both proved and unproved properties.  Due to the voluminous nature of the numerous assets associated with these properties, including, but not limited to, leases, materials, and equipment, the Debtors have not provided an enumerated list of the individual assets, other than leases, which are set forth in Schedule A/B.55.

| | | | |
|---|---|---|---|
| Debtor Name: | Viking International Resources Co., Inc. | Case Number: | 15-12551 |

## Specific Disclosures with Respect to the Debtors' Schedule D

**<u>Schedule D</u>**.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.  The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

The claims of the Prepetition Second Lien Facility Secured Parties (as that term is defined in the Final DIP Order) are listed in this Schedule D as secured claims.  Subject to paragraph 35 of the Final DIP Order, if the entire override set forth in paragraph 35 therein is triggered or otherwise enforced, the status of the Prepetition Second Lien Facility Secured Parties' claims shall be treated in accordance therewith.  The Debtors and all other parties in interest reserve their rights with respect to paragraph 35 of the Final DIP Order and Schedule D.  For the avoidance of doubt, the statements in this paragraph are subject in all respects to the paragraph entitled "Reservation of Rights" at the beginning of the Global Notes (*i.e.*, Paragraph 1).

**Fill in this information to identify the case:**

Debtor name _Viking International Resources Co., Inc.___

United States Bankruptcy Court for the: _____ District of _Delaware__
(State)

Case number (If known): _15-12551___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim | **Column B** Value of collateral |
| --- | --- | --- | --- |
| | | Do not deduct the value of collateral. | that supports this claim |

**2.1**
**Creditor's name**
BANK OF PADEN CITY

**Describe debtor's property that is subject to a lien**
Operation and production of the oil and gas wells

$_____ Undetermined    $_____ Undetermined

**Creditor's mailing address**
PO BOX 178
4TH & MAIN STREET
PADEN CITY, WV 26159

**Describe the lien**
UCC Lien 0452531 dated 8/13/1996

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2**
**Creditor's name**
CANTOR FITZGERALD SECURITIES

**Describe debtor's property that is subject to a lien**
Substantially all of the debtors personal property and majority of the debtors real property.

$_____ 70,090,924.17    $_____ Undetermined

**Creditor's mailing address**
ATTENTION NILS HORNING
110 EAST 59TH STREET
NEW YORK, NY 10022

**Describe the lien**
Guarantee of First Lien Term Loan Facility due December 30, 2015

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$_____ 412,572,074.17
+ undetermined amounts

Debtor    Viking International Resources Co., Inc.                    Case number *(if known)*  15-12551
_____                    _____
Name

| **Part 1:** | **Additional Page** | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.3 | **Creditor's name** CREDIT SUISSE | **Describe debtor's property that is subject to a lien** Substantially all of the debtors personal property and majority of the debtors real property. | $342,481,150.00 | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: AGENCY MANAGER
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

**Describe the lien**
Guarantee of Second Lien Term Loan Facility due October 22, 2019

**Creditor's email address, if known**
agency.loanops@credit-suisse.com

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Officiial Form 206H)

**Do multiple creditrs have an interest in the same property?**

[ ] No
[X] Yes. Have you already specified the relative priority?

[ ] No. Specify each creditor, including this creditor, and its relative priority.

[ ] Yes. The relative priority of  creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[ ] Disputed

Debtor    Viking International Resources Co., Inc.
Name

Case number *(if known)* 15-12551

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| CANTOR FITZGERALD SECURITIES<br>ATTENTION BOBBIE YOUNG<br>900 WEST TRADE STREET<br>SUITE 725<br>CHARLOTTE, NC 28202 | Line 2.2 | |
| CREDIT SUISSE<br>ATTN: LOAN OPERATIONS—BOUTIQUE MANAGEMENT<br>ELEVEN MADISON AVENUE, 23RD FLOOR<br>NEW YORK, NY 10010 | Line 2.3 | |

Debtor Name:        Viking International Resources Co., Inc.                                  Case Number:        15-12551

## Specific Disclosures with Respect to the Debtors' Schedule E/F

**Schedule E/F**.  The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

As more fully described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements and (II) Granting Related Relief* [Docket No. 8], the Debtors are the operators, often under joint operating or joint exploration agreements with other parties, for a number of oil and gas wells in which the Debtors also hold an interest.  In connection with the daily operation of those wells, the Debtors incur numerous lease operating expenses for which the Debtors are then reimbursed by their partners for the partners' share of the expenses.  Where the Debtors hold non-operating working interests in wells under various joint operating agreements, the Debtors reimburse the operators of those wells for the Debtors' share of the relevant operating costs, including production expenses, taxes, etc.  The Debtors are authorized to make payments on account of the foregoing pursuant to the *Final Order (I) Authorizing Payment of (A) Mineral Payments and (B) Working Interest Disbursements and (II) Granting Related Relief* [Docket No. 253], and such accrued and payable amounts are not reflected on the Schedules and Statements.

Pursuant to the *Second Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 262] (the "Wages Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, and other compensation, reimbursable employee expenses, and employee medical and similar benefits.  The Debtors have not listed on Schedule E/F any wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to any order that has been entered by the Bankruptcy Court.  The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Wages Order.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

As described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Joint Interest Billings, (C) Marketing Expenses, (D) Shipping and Warehousing Claims, and (E) 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 9], certain parties listed in Schedule E/F may assert liens against the Debtors' property. The Debtors reserve all rights with respect to the validity of such liens.

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>Viking International Resources Co., Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number<br>(if known)</td><td>15-12551</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Viking International Resources Co., Inc. | Case number (if known) | 15-12551 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
ADAMS-HAUGHT, KELLY
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation - Case No. CVH 2015- 372

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
AMERICAN CONTRACTORS INDEMNITY COMPANY
601 SOUTH FIGUEROA STREET, SUITE 1600
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Surety bond number B007993 in the amount of $15,000 for the benefit of the WAYNE NATIONAL FOREST

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
AMERICAN CONTRACTORS INDEMNITY COMPANY
601 SOUTH FIGUEROA STREET, SUITE 1600
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Surety bond number B008096 in the amount of $15,000 for the benefit of the STATE OF OHIO

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
AMERICAN CONTRACTORS INDEMNITY COMPANY
601 SOUTH FIGUEROA STREET, SUITE 1600
LOS ANGELES, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Surety bond number B008333 in the amount of $25,000 for the benefit of the UNITED STATES BUREAU OF LAND MANAGEMENT

$ _____ Undetermined

Date or dates debt was incurred    Undetermined
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
AMERICAN PRODUCERS SUPPLY CO
119 SECOND ST
PO BOX 1050
MARIETTA, OH 45750

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ _____ 414.27

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
ARMSTRONG
600 EAST NORTH STREET
HARRISVILLE, WV 26362

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ _____ 246.78

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | $Undetermined |

ARMSTRONG, BRENDA S.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | $Undetermined |

ARMSTRONG, SR., GERALD L.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | $Undetermined |

ARMSTRONG, SR., REX K.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | $Undetermined |

ARMSTRONG, TERESA L.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | $147.75 |

AUTO PLUS
MARIETTA WAREHOUSE STORE STORE
123 TENNIS CENTER DRIVE
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Viking International Resources Co., Inc.
Name

Case number *(if known)*  15-12551

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.12 | **Nonpriority creditor's name and mailing address** | | $5,039.35 |

B D OIL GATHERING CORP.
649 MITCHELL'S LANE
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $4,443.28 |

BFS BRUCETON PETROLEUM CO.
1768 MILEGROUND
MORGANTOWN, WV 26505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

BP
BP BUSINESS SOLUTIONS
PO BOX 70995
CHARLOTTE, NC 28272-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

CARLTON OIL CORPORATION
38841 STATE ROUTE 7
NEWPORT, OH 45768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 2014-400

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

DANNY W. THOMPSON INVESTMENT, LLC
C/O DANNY W. THOMPSON
P.O BOX 484
NEWPORT, OH 45768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 2014-400

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**                                                 $600.00

DAVE'S MOBILE POWER WASH OIL FIELD STEAM
14059 ST. RT. 278
LOGAN, OH 43138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.18**   **Nonpriority creditor's name and mailing address**                                              $2,151,021.78

DOMINION FIELD SERVICES, INC.
ATTN: ROBERT BLUE
2539 WASHINGTON ROAD
SUITE 1010
UPPER ST. CLAIR, PA 15241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.19**   **Nonpriority creditor's name and mailing address**                                                 $108.35

EAGLE RESEARCH CORPORATION
1076 STATE ROUTE 34
HURRICANE, WV 25526-7049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.20**   **Nonpriority creditor's name and mailing address**                                              $Undetermined

ES&H CONSULTING & TRAINING GROUP
1007 RANCH ROAD 620 SOUTH,
#202
AUSTIN, TX 78734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.21**   **Nonpriority creditor's name and mailing address**                                                 $68.33

FLEET PRIDE
SOUTHERN REGION
P.O. BOX 281811
ATLANTA, GA 30384-1811

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.22 | Nonpriority creditor's name and mailing address | | $53.90 |
|---|---|---|---|

FORE TIMBER CO INC
100 BEESON RUN ROAD
WALKER, WV 26180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

FORMATION CEMENTING, INC.
P.O. BOX 2667
ZANESVILLE, OH 43702-2667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | $177,642.25 |
|---|---|---|---|

GREENHUNTER WATER
1048 TEXAN TRAIL
GRAPEVINE, TX 76051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

HAUGHT, GREGORY L.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

HAUGHT, JESSE
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**    **Nonpriority creditor's name and mailing address**    $Undetermined

HAUGHT, MATTHEW A.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.28**    **Nonpriority creditor's name and mailing address**    $Undetermined

HAUGHT, MICHELE A.
YOSS LAW OFFICE
CRAIG E. SWEENEY
122 NORTH MAIN STREET
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. CVH 2015- 372

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29**    **Nonpriority creditor's name and mailing address**    $388.79

JOHN DEERE FINANCIAL
BIRDGEPORT EQUIP AND TOOL
PO BOX 4450
CAROL STREAM, IL 60197-4450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30**    **Nonpriority creditor's name and mailing address**    $728.46

JOHNNIE L. BOSTON, GENERAL CONTRACTOR
461 BOSTON DRIVE
PENNSBORO, WV 26415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.31**    **Nonpriority creditor's name and mailing address**    $5,666.96

KEN MILLER SUPPLY OF WV,INC.
PO BOX 1086
WOOSTER, OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Viking International Resources Co., Inc. | Case number _(if known)_ 15-12551 |
|---|---|---|
| | Name | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32**   **Nonpriority creditor's name and mailing address**     $31,360.56

MAGNUM HUNTER RESOURCES CORPORATION
909 LAKE CAROLYN PARKWAY
STE. 600
Magnum Hunter Resources Corporation
IRVING, TX 75039

As of the petition filing date, the claim is:
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Intercompany Payable - Magnum Hunter Resources Corporation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.33**   **Nonpriority creditor's name and mailing address**     $274.56

MAHONE TIRE SERVICE INC
155 FRONT ST
MARIETTA, OH 45750

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.34**   **Nonpriority creditor's name and mailing address**     $1,846.97

MAHONE TIRE SERVICE, INC.
1615 14TH STREET
PARKERSBURG, WV 26101

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.35**   **Nonpriority creditor's name and mailing address**     $50.60

MISS UTILITY OF WV INC
PO BOX 11890
CHARLESTON, WV 25339

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.36**   **Nonpriority creditor's name and mailing address**     $926.03

MONPOWER
PO BOX 3615
AKRON, OH 44309-3615

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address** | $Undetermined

MONROE COUNTY TREASURER
101 N MAIN STREET
ROOM 21
WOODSFIELD, OH 43793

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | $150.15

N N DISPOSAL INC
61 BIG PAINTER EXTENSION RD
ST MARYS, WV 26170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | $1,711.10

PERKINS SUPPLY
2966 NORTHWEST TPIKE
PENNSBORO, WV 26415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | $130.90

PIONEER CHEVROLET CADILLAC
1315 PIKE STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | $Undetermined

POSITRON ENERGY RESOURCES, INC.
THEISEN BROCK, LPA
ATTN: JOHN TRIPLETT
424 SECOND STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 14 OT 159

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Viking International Resources Co., Inc.
Name

Case number *(if known)* 15-12551

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42**  **Nonpriority creditor's name and mailing address**    $55.15

POWERPLAN
PO BOX 650215
DALLAS, TX 75265-0215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.43**  **Nonpriority creditor's name and mailing address**    $518.15

PROFESSIONAL ENGINE SYSTEMS
P.O. BOX 326
CANFIELD, OH 44406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.44**  **Nonpriority creditor's name and mailing address**    $Undetermined

RAUH, JOSEPH M.
ROBERT  J. TSCHOLL, LLC
400 SOUTH MAIN STREET
NORTH CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 2014-400

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.45**  **Nonpriority creditor's name and mailing address**    $Undetermined

RAUH, SUSAN J.
ROBERT  J. TSCHOLL, LLC
400 SOUTH MAIN STREET
NORTH CANTON, OH 44720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 2014-400

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**    $10,225.00

RHODES MANUFACTURING, INC.
7045 BUCKEYE VALLEY ROAD
SOMERSET, OH 43783

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.47 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

RJ OPERATING COMPANY
C/O HALWELL CO., INC.
1635 WARREN CHAPEL ROAD
FLEMING, OH 45729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 14 OT 67

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.48 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

RUDOLPH, VICTOR H.
BUELL & SIPE CO., L.P.A.
322 THIRD STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Case No. 14 OT 67

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.49 | **Nonpriority creditor's name and mailing address** | | $6,406.32 |
|---|---|---|---|

SHERLOCK OIL CO, INC.
P.O. BOX 175
BEVERLY, OH 45715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.50 | **Nonpriority creditor's name and mailing address** | | $448.37 |
|---|---|---|---|

STARR WOODWORKING
509 EAST NORTH STREET
HARRISVILLE, WV 26362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.51 | **Nonpriority creditor's name and mailing address** | | $7,217.18 |
|---|---|---|---|

STATE OF OHIO IRP
REGISTRAR  PROCESSING CENTER
PO BOX 18320
COLUMBUS, OH 43218-0320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | $625.90

STEVENS OIL & GAS, LLC
110 LYNCH CHURCH RD.
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | $Undetermined

STONEBRIDGE OPERATING CO., LLC
THEISEN BROCK, LPA
ATTN: JOHN TRIPLETT
424 SECOND STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 14 OT 159

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | $Undetermined

STONEBRIDGE OPERATING CO., LLC
1635 WARREN CHAPEL ROAD
FLEMING, OH 45729

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 14 OT 67

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | $27.57

STOUT HARDWARE
116 S SPRING ST
HARRISVILLE, WV 26362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | $Undetermined

THOMPSON, DANNY W. AND JANET L. THOMPSON
P.O BOX 484
NEWPORT, OH 45768

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation Co-Defendant - Case No. 2014-400

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Viking International Resources Co., Inc.                                    Case number (if known)    15-12551
                    Name

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | $18,100.11 |
|---|---|---|

TOP NOTCH LAND SERVICE, INC
P.O. BOX 1386
PARKERSBURG, WV 26102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | $2,048.00 |
|---|---|---|

TREASURER STATE OF OHIO
148 GROSS STREET
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | $3,320.61 |
|---|---|---|

TRUCK SALES & SERVICE, INC.
PO BOX 262
MIDVALE, OH 44653

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

U.S. SPECIALTY INSURANCE COMPANY
13403 NORTHWEST FREEWAY
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety bond number B008395 in the amount of $25,000 for the benefit of the STATE OF WEST VIRGINIA, DEPARTMENT OF

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

U.S. SPECIALTY INSURANCE COMPANY
13403 NORTHWEST FREEWAY
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety bond number B007989 in the amount of $50,000 for the benefit of the STATE OF WEST VIRGINIA

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Viking International Resources Co., Inc.
Name

Case number *(if known)*  15-12551

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62**  **Nonpriority creditor's name and mailing address**                                      $1,897.30

UNIFIRST CORPORATION
3 PROGESS WAY
CLARKSBURG, WV 26301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**                                      $3,037.68

UNITED RENTALS NA, INC.
FIVE GREENWICH OFFICE PARK
GREENWICH, CT 06831-5180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**                                      $268.94

W. VA. ELECTRIC SUPPLY CO.
P.O. BOX 6668
HUNTINGTON, WV 25773-6668

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.65**  **Nonpriority creditor's name and mailing address**                                      $551.35

WASHINGTON ELECTRIC CO - OP
PO BOX 800
MARIETTA, OH 45750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.66**  **Nonpriority creditor's name and mailing address**                                      $634,192,234.38

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: CAPITAL MARKETS AND AGENCY SERVICES/MAGNUM
HUNTER SENIOR NOTES DUE 2020
RODNEY SQUARE NORTH
1100 N. MARKET STREET
WILMINGTON, DE 19890-1615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantee of 9.75 % Senior Unsecured Notes due May 15, 2020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Viking International Resources Co., Inc. | Case number *(if known)* | 15-12551 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | RAUH, JOSEPH M.<br>BAKER, DUBLIKAR, BECK, WILEY & MATHEWS<br>JAMES F. MATHEWS<br>400 SOUTH MAIN STREET<br>NORTH CANTON, OH 44720 | Line 3.44<br><br>☐ Not listed. Explain _____ | |
| 4.2 | RAUH, JOSEPH M.<br>ROBERT  J. TSCHOLL, LLC<br>400 SOUTH MAIN STREET<br>NORTH CANTON, OH 44720 | Line 3.44<br><br>☐ Not listed. Explain _____ | |
| 4.3 | RAUH, SUSAN J.<br>BAKER, DUBLIKAR, BECK, WILEY & MATHEWS<br>JAMES F. MATHEWS<br>400 SOUTH MAIN STREET<br>NORTH CANTON, OH 44720 | Line 3.45<br><br>☐ Not listed. Explain _____ | |
| 4.4 | RAUH, SUSAN J.<br>ROBERT  J. TSCHOLL, LLC<br>400 SOUTH MAIN STREET<br>NORTH CANTON, OH 44720 | Line 3.45<br><br>☐ Not listed. Explain _____ | |

Debtor    Viking International Resources Co., Inc.    Case number (if known) 15-12551
_____    _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 636,630,003.13 |
|  |  |  | + undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 636,630,003.13 |
|  |  |  | + undetermined amounts |

Debtor Name:          Viking International Resources Co., Inc.                                    Case Number:        15-12551

## Specific Disclosures with Respect to the Debtors' Schedule G

**Schedule G**.  Certain of the instruments reflected on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not separately set forth on Schedule G.  The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is an executory contract within the meaning of section 365 of the Bankruptcy Code.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditor's claim.

Certain confidentiality and non-compete agreements may not be listed on Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same supplier or provider appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Fill in this information to identify the case:**

Debtor name  Viking International Resources Co., Inc.

United States Bankruptcy Court for the: _____    District of   Delaware
                                                                                    (State)

Case number (If known):   15-12551 _____    Chapter  _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Service Contract Dated 7/15/2011 | BUCKEYE OIL PRODUCING CO <br> PO BOX 129 <br> WOOSTER, OH 44691 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Purchase Contract / Purchase Order Dated 2/25/2015 | CABOT OIL & GAS MARKETING CORPORATION <br> 840 GESSNER ROAD <br> SUITE 1400 <br> HOUSTON, TX 77024-4152 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Purchase Contract / Purchase Order Dated 9/14/2015 | CABOT OIL & GAS MARKETING CORPORATION <br> 840 GESSNER ROAD <br> SUITE 1400 <br> HOUSTON, TX 77024-4152 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Purchase Contract / Purchase Order Dated 3/1/2007 | CABOT OIL AND GAS MARKETING CORPORATION <br> 1200 ENCLAVE PARKWAY <br> HOUSTON, TX 77077-1607 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | Purchase Contract / Purchase Order Dated 7/6/2005 | CENTRAL TRADING COMPANY <br> PO BOX 3612 <br> PONTE VEDRA, FL 32004 |

Debtor    Viking International Resources Co., Inc.        Case number *(if known)* 15-12551
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 2/5/2002 | CENTRAL TRADING COMPANY 26231 MARSH LANDING PARKWAY PONTE VEDRA, FL 32028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 1/1/2012 | CENTRAL TRADING COMPANY P.O. BOX 3612 PONTE VEDRA, FL 32004 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 6/21/2011 | COBRA PIPELINE CO., LTD. 3511 LOST NATION ROAD SUITE 213 WILLOUGHBY, OH 44094 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 4/1/2012 | DOMINION FIELD SERVICES, INC. 1800 ALEXANDER BELL DR. SUITE 515 RESTON, VA 20191 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 6/1/2003 | DOMINION FIELD SERVICES, INC. 2539 WASHINGTON RD. SUITE 1010 UPPER ST. CLAIR, PA 15241-2500 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Dated 8/28/2008 | DOMINION TRANSMISSION, INC. 120 TREDEGAR STREET RICHMOND, VA 23219 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Dated 8/7/2008 | DOMINION TRANSMISSION, INC. 120 TREDEGAR STREET RICHMOND, VA 23219 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___Viking International Resources Co., Inc.___
Name

Case number *(if known)* __15-12551__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Dated 9/16/2011 | ELK OIL CO, LLC.<br>103 HOWARD ST.<br>MARIETTA, OH 45750 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract Dated 1/21/2014 | EQT PRODUCTION COMPANY<br>625 LIBERTY AVENUE<br>SUITE 1700<br>PITTSUBURGH, PA 15222-3111 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/5/2008 | GATHERCO, INC.<br>300 TRACY BRIDGE ROAD<br>ORRVILLE, OH 44667 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 8/1/2005 | GATHERCO, INC.<br>5772 DRESSLER RD. NW<br>NORTH CANTON, OH 44720 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/20/2013 | INTEGRYS ENERGY SERVICES, INC.<br>300 WEST WILSON BRIDGE RD.<br>SUITE 350<br>WORTHINGTON, OH 43085 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 1/2/2014 | INTEGRYS ENERGY SERVICES, INC.<br>1716 LAWRENCE DR.<br>DE PERE, OH 54114 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 1/30/2008 | INTEGRYS ENERGY SERVICES, INC.<br>1716 LAWRENCE DR.<br>DE PERE, OH 54115 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    <u>Viking International Resources Co., Inc.</u>
Name

Case number *(if known)*  <u>15-12551</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/20/2013 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/31/2015 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | 4 months | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/13/2014 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/13/2014 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 2/23/2015 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | 4 months | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 2/23/2015 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | 4 months | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 4/29/2014 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Viking International Resources Co., Inc.                    Case number *(if known)*  15-12551
                 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 3/30/2013 | INTEGRYS ENERGY SERVICES, INC. 300 WEST WILSON BRIDGE RD. SUITE 350 WORTHINGTON, OH 43085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Contract / Purchase Order Dated 1/2/2014 | INTEGRYS ENERGY SERVICES, INC. 1716 LAWRENCE DR. DE PERE, WI 54115 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance: Equipment Dated 6/1/2014 | THE EAST OHIO GAS COMPANY, DBA DOMINION EAST OHIO 1201 EAST 55TH ST CLEVELAND, OH 44103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Vendor Agreement Dated 1/14/2011 | UNIFIRST 68 JONSPIN RD. WILMINGTON, MA 01887 |
| | **State the term remaining** | 2 months | |
| | **List the contract number of any government contract** | | |

Debtor Name:          Viking International Resources Co., Inc.                    Case Number:          15-12551

### Specific Disclosures with Respect to the Debtors' Schedule H

**<u>Schedule H</u>**.  Although there are multiple lenders under the Debtors' prepetition debt facilities, only the administrative agents have been listed on Schedule H.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Viking International Resources Co., Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of <u>Delaware</u><br>(State)</td></tr>
<tr><td>Case number (if known):</td><td>15-12551</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Alpha Hunter Drilling, LLC | 124 PUTNAM ST.<br>RT. 7<br>MARIETTA, OH 45750 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 Bakken Hunter Canada, Inc. | 855 - 2 STREET SW<br>SUITE 3500<br>CALGARY, AB T2P 4J8 CANADA | CANTOR FITZGERALD SECURITIES | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Bakken Hunter Canada, Inc. | 855 - 2 STREET SW<br>SUITE 3500<br>CALGARY, AB T2P 4J8 CANADA | CREDIT SUISSE | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Bakken Hunter Canada, Inc. | 855 - 2 STREET SW<br>SUITE 3500<br>CALGARY, AB T2P 4J8 CANADA | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 Bakken Hunter, LLC | 909 LAKE CAROLYN PARKWAY<br>STE. 600<br>IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 Bakken Hunter, LLC | 909 LAKE CAROLYN PARKWAY<br>STE. 600<br>IRVING, TX 75039 | CREDIT SUISSE | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Viking International Resources Co., Inc. | Case number (if known) | 15-12551 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td></td><td colspan="2"><strong>Additional Page if Debtor Has More Codebtors</strong></td><td></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Bakken Hunter, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.8 | Hunter Aviation, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.9 | Hunter Real Estate, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.10 | Hunter Real Estate, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.11 | Hunter Real Estate, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.12 | Magnum Hunter Marketing, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.13 | Magnum Hunter Marketing, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.14 | Magnum Hunter Marketing, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.15 | Magnum Hunter Production, Inc. | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.16 | Magnum Hunter Production, Inc. | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.17 | Magnum Hunter Production, Inc. | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

| Debtor | Viking International Resources Co., Inc. | Case number (if known) | 15-12551 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Magnum Hunter Resources Corporation | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.19 | Magnum Hunter Resources Corporation | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.20 | Magnum Hunter Resources Corporation | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.21 | Magnum Hunter Resources GP, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.22 | Magnum Hunter Resources GP, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.23 | Magnum Hunter Resources GP, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.24 | Magnum Hunter Resources, LP | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.25 | Magnum Hunter Resources, LP | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.26 | Magnum Hunter Resources, LP | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.27 | NGAS Gathering, LLC | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.28 | NGAS Hunter, LLC | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |

| Debtor | Viking International Resources Co., Inc. | Case number (if known) | 15-12551 |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.29 | NGAS Hunter, LLC | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.30 | NGAS Hunter, LLC | 120 PROSPEROUS PLACE STE. 201 LEXINGTON, KY 40509 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.31 | Shale Hunter, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.32 | Shale Hunter, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.33 | Shale Hunter, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.34 | Triad Holdings, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.35 | Triad Holdings, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.36 | Triad Holdings, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |
| 2.37 | Triad Hunter, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CANTOR FITZGERALD SECURITIES | ☒ D ☐ E/F ☐ G |
| 2.38 | Triad Hunter, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | CREDIT SUISSE | ☒ D ☐ E/F ☐ G |
| 2.39 | Triad Hunter, LLC | 124 PUTNAM ST. RT. 7 MARIETTA, OH 45750 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ☐ D ☒ E/F ☐ G |

Debtor    Viking International Resources Co., Inc.
          _____
          Name

Case number (if known)  15-12551
                        _____

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.40 | Williston Hunter ND, LLC | 909 LAKE CAROLYN PARKWAY STE. 600 IRVING, TX 75039 | WILMINGTON TRUST, NATIONAL ASSOCIATION | ❏ D ☒ E/F ❏ G |

Official Form 206H                     **Schedule H: Codebtors**                     Page 5 of 5

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Viking International Resources Co., Inc.</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>
(State)

Case number (*If known*): <u>15-12551</u>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>01/14/2016</u>      ✖ ____<u>/s/ Joseph C. Daches</u>____
MM / DD / YYYY          Signature of individual signing on behalf of debtor

Joseph C. Daches
Printed name

Director, Senior Vice President and Treasurer
Position or relationship to debtor